

**Exhibit 2**

SGS-P-7.4-01-F02-CRS-SL-EPM

**Report No.:** SZXWT01126306

# INSPECTION REPORT
（Special for Epidemic prevention materials）

**IMPORTANT INFORMATION REGARDING THE SCOPE AND LIMITATIONS OF THE INSPECTION AND REPORT**

The scope of this report is limited to a **VISUAL INSPECTION ONLY** for the workmanship and basic function check of the product. Performance index and compliance of the product are NOT included in the scope of this report. This report is a reasonable attempt to identify any obvious or significant defects apparent in those areas of the product fully accessible and visible to the Inspector at the time of the inspection. This Report is made solely for the use and benefit of the Client named on the front of this report.

| To : | AGRARIN LLC | Date: | 18-Sep-2020 |
|---|---|---|---|
| Attn : | Mr Ravishin Vladislav | | |
| From : | Lilian Yu | E-mail : | Lilian.yu@sgs.com |

| SGS File No.: | CNSZX21117753 | Product family view |
|---|---|---|
| Buyer : | HL Harmony Wellness Center LLC | |
| Supplier : | SHENZHEN JIEBANG MEDICAL TECHNOLOGY CO., LTD | |
| Manufacturer : | N/A | |
| Style Number: | 3M 1860 Mask | |
| Product description: | 3M 1860 Face Mask | |
| P.O. Number: | QNE/2007/004 | |
| L/C Number: | N/A | |
| Service performed : | Quantity Check | |
| Inspection Date : | 17-Sep-2020 | |
| Inspection Location : | Dongguan, China | |



**Inspection Criteria**

| Reference sample provided by | Not Available |
|---|---|
| Client instruction/specification | No |
| SGS WI number | P-INSP-WI-SL-016 |
| Other | N/A |

| **Overall Inspection Conclusion:** | **Conform** |
|---|---|

**Inspection Summary:**

| 1. Workmanship appearance : | Not Applicable |
|---|---|
| 2. Quantity : | Conform |
| 3. Style, Material, Colour : | Not Applicable |
| 4. Data measurement / Function/Field tests: | Not Applicable |
| 5. Packing : | Conform |
| 6. Marking / Label : | Not Applicable |

**Problem Remark:**

-Service is only for counting. Inspector checked the number of cartons, randomly picked 20 cartons from 420

| Inspector: Fengqi chen | Factory Representative: Mr. Deng |
|---|---|

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this report does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."

[Rev01: Apr.2nd , 2020]

# Exhibit 2



SGS-P-7.4-01-F02-CRS-SL-EPM

**Report No.:** SZXWT01126306

---

cartons and checked the number of inner boxes, randomly selected 20 boxes from 20 cartons (select 1 box per carton) and checked the qty of products.

---

**1. Workmanship Appearance / Functional Inspection Findings:**      Not Applicable

**Inspection Method Applied:**

ANSI / ASQ Z1.4-2003(R2018), Single sampling plans for normal inspection,
Acceptance Quality Limit (AQL) for:      Critical:              Major:              Minor:

Level :

Sample size:
(      pcs/sets selected from packed cartons,   pieces/sets selected from finished but unpacked products)
Samples selected from carton numbers:

| Defect description | Critical | Major | Minor |
|---|---|---|---|
|  |  |  |  |
| Total defectives: |  |  |  |
| Maximum allowed: |  |  |  |

Defect photos :
Nil

**2. Quantity:**

| No | Style / Item/ Article | P.O. No. | Order Qty. | Inspection Qty. (Presented Qty. for insp.) | | Number of Cartons | |
|---|---|---|---|---|---|---|---|
|  |  |  |  | Packed | Not Packed | Packed | Not packed |
| 1 | 3M 1860 Mask | QNE/2007/004 | 1000080 | 1000080 | 0 | 8334 | 0 |
|  |  | Total: | 1000080 | 1000080 | 0 | 8334 | 0 |

**3. Style, Material & Color Conformity**

3.1 Style conformity:                                         Not Applicable

3.2 Material conformity (hand feeling):                      Not Applicable

3.3 Color conformity:                                        Not Applicable

**Remarks:** 2 color shade batches could be acceptable for mass production when the difference was grade 4 or above per the gray scale. However, our comment is for indication only and based on the samples selected, and laboratory analysis with standard laboratory facility is recommended at cost.

Inspector:   Fengqi chen                         Factory Representative:   Mr. Deng

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."
[Rev01: Apr.2nd , 2020]



Exhibit 2

SGS-P-7.4-01-F02-CRS-SL-EPM

**Report No.:** SZXWT01126306

#### 4. Product-Specific Data Measurement / Field Test :

4.1 Size measurement check on _____ sub samples:     Not Applicable

  Details please see attached size measurement chart.

4.2 Function or assembly test:          Not Applicable

  If factory equipment used, calibration record: Yes / No,  period:_____

| Check points | Qty | Test Result | Specification/Tolerance |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

#### 5. Packing

5.1 Individual packing conformity :        Conform

  - Each piece in flat packed.

5.2 Inner packing conformity :         Conform

  - 20pieces solid colour, solid size per big polybag per inner box.

  - 0 small pack of silica gel inserted into individual / big polybag / inner box

  - 6 inner boxes (i.e. 120pieces) per export carton

5.3 Export packing conformity :        Not Applicable

  - ply corrugated cardboard carton

  - Sealed by gummed tapes

  - Secured by _____nylon bands

5.4 Packing assortment checked on _20__ cartons    Conform

| Carton No. | Size/ style | Color | Deviation ( +/ - samples) |
|---|---|---|---|
| Nil |  |  |  |
|  |  |  |  |

#### 6. Marking / Label:

6.1 Bar code:            Not Applicable

6.2 Export Carton Marking:

A. Shipping mark conformity :        Not Applicable

Inspector: Fengqi chen     Factory Representative: Mr. Deng

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."

[Rev01: Apr.2nd , 2020]           



# Exhibit 2

SGS-P-7.4-01-F02-CRS-SL-EPM

**Report No.:**  SGXWT01126306

B. Side mark conformity:                                              Not Applicable

## 7.  Informative Remark:

### 7.1 Carton information:

Carton weight:                        kgs/ carton

Carton size:  L x W x H = 48x28x22cm

Carton with Metal Staple:  No

Carton with Nylon Band:  No

### 7.2. Grey Scale
Color shading batch checking by grey scale on the samples randomly selected could be applied when applicable at inspection site and subject to client's requirement, the result is just preliminary and indicative only, and subject to the environment, condition and the available facility at site, for more reliable and accurate result, they should be performed by qualified technician in lab under standard environment and equipment.   ( Please refer to the Working Instruction for Grey Scale Use and On-site Testing Method P-INSP-WI-SL-001-01).

### 7.3. **Notice:**
SGS inspector already informed the factory to repair the defective samples that we found during inspection, and reminded the factory to pay attention to assortment during repacking after repairing . Please note repairing of defective samples and repacking is done by the factory without SGS inspector's supervision.
Supervision on repairing of defective samples and repacking can be performed by SGS inspector at another working day upon request by client.

### 7.4. Others.
-Nil

### 8.  Inspection Environment:
| | |
|---|---|
| Lighting : | Room lighting Insufficient |
| Inspection place : | Factory workshop |
| Inspection done on: | Table |
| Cleanliness : | Clean |
| Weather condition: | Rainy |
| Cargo storage: | Orderly, easy to count |

Inspector:     Fengqi chen                              Factory Representative:   Mr. Deng

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."
[Rev01: Apr.2nd , 2020]



# Exhibit 2

SGS-P-7.4-01-F02-CRS-SL-EPM

**Report No.:** SZXWT01126306

## 9. Attachment



Storage



Storage



Storage



Carton view



Top mark



Shipping mark

Inspector:   Fengqi chen                    Factory Representative:   Mr. Deng

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."



# Exhibit 2

SGS-P-7.4-01-F02-CRS-SL-EPM

**Report No.:**  SGXWT01126306



| Side mark | Side mark |
|---|---|





| Carton packing | Inner box view |
|---|---|





| Inner box view marking | Inner box view marking |
|---|---|

Inspector:  Fengqi chen                          Factory Representative:  Mr. Deng

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."
[Rev01: Apr.2nd , 2020]



Exhibit 2

SGS-P-7.4-01-F02-CRS-SL-EPM

**Report No.:** SZXWT01126306



Inner box view marking



Inner box view marking



Inner box view marking



Product packing



Product packing



Instruction sheet

Inspector:　Fengqi chen　　　　　　Factory Representative:　Mr. Deng

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."
[Rev01: Apr.2nd , 2020]



# Exhibit 2

SGS-P-7.4-01-F02-CRS-SL-EPM

**Report No.:**   SZXWT01126306



Instruction sheet



Product view



Product view



Qty check for each inner box

Inspector:   Fengqi chen                                Factory Representative:   Mr. Deng

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."
[Rev01: Apr.2nd , 2020]

**Exhibit 2**

D3-GIS-02-IC-46-CN



SGS-CSTC Standards Technical Services Co., Ltd. Shenzhen Branch
SGS Bldg, No. 4 , Jianghao Industrial Park, No. 430 ,Jihua Road, Bantian , Longgang District ,Shenzhen ,China, 518129
Tel:86 755 25328888

# INSPECTION REPORT

| | | Report No.: | ITI-2020-0109-SZ |
|---|---|---|---|
| To: | Inspiration drug stores | Date: | 2020/10/13 |
| Att: | Mr Feng | | |
| From: | Sungel Zhang | E-mail: | Sungel.zhang@sgs.com |

| SGS File No.: | ITI-2020-INY-0037 | Product family view |
|---|---|---|
| Applicant: | yinnan luan | |
| Declared importer: | yinnan luan | |
| Declared exporter: | Shenzhen Delong Huale Electronic Technology Co.Ltd | |
| Supplier: | N /A | |
| Style Number: | 3M1860S | |
| Product description: | 3M N95 Surgical Mask | |
| P.O. Number: | / | |
| Service performed: | Pre-shipment Inspection | |
| Inspection Date: | 2020/10/13 | |
| Inspection Location: | Dongguan, China | |

**Inspection Criteria**

| Reference sample provided by | Not Available |
|---|---|
| Client instruction/specification | NO |
| SGS WI number | D3-GIS-02-IC-34 |
| Other | NIL |

| **Overall Inspection Conclusion:** | **Subject to client's evaluation** |
|---|---|

**Inspection Summary:**

| 1. Quantity check: | Conform |
|---|---|
| 2. Visual quality check : | Conform |
| 3. Package check: | Subject to client's evaluation |
| 4. Specification check: | Subject to client's evaluation |
| 5. Inner check: | Subject to client's evaluation |

**Problem Remark: One carton package with obvious extrusion and deformation.**

Inspector:   Sungel Zhang                    Factory Representative:            Mr. Feng

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm.  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

# Exhibit 2

D3-GIS-02-IC-46-CN



## 1. Quantity Check:            **Conform**

| Style / Item/ Article | P.O. No. | Order Qty. | Inspection Qty. (Presented Qty. for insp.) | | Number of Cartons | |
|---|---|---|---|---|---|---|
| | | | Packed | Not Packed | Packed | Not packed |
| 3M 1860S | / | 1000080 PCS | 8334CTN | 0 | 8334CTN | 0 |
| Total: | | 1000080 PCS | 8334CTN | 0 | 8334CTN | 0 |

| Style / Item/ Article | Inner box/ctn | Pcs/ctn | package (CTN) | Total Qty(pcs) |
|---|---|---|---|---|
| 3M 1860S | 6box | 120pcs | 8334 | 1000080 |
| | | **Total** | 8334 | 1000080 |

Sample size: 10CTN

## 2. Visual quality check :          **Conform**

Comments:Appearance check, not found dirty and damage.(sample: 30pcs)
Refer to photos taken

## 3. Package check:             **Subject to client's evaluation**

All the inner box are the same (sample size:2CTN),

20pcs/inner box. The inner box has the brand, the manufacturer and the address. And not found any damage,

such as obvious extrusion or deformation for the inner box(sample size:10inner box).
No package with obvious extrusion and deformation.(sample size:5CTN)

## 4. Specification check          **Subject to client's evaluation**

| Item No: | | 3M N95 Surgical Mask | | | | |
|---|---|---|---|---|---|---|
| Gross weight per carton(kg) | Sample size 10carton | 4.35 | 4.23 | 4.19 | 4.33 | 4.44 |
| | | 4.22 | 4.30 | 4.11 | 4.40 | 4.25 |

## 5. Inner check             **Subject to client's evaluation**

4 layers material for the mask. (non-non-woven fabric+melt blown fabric+melt blown fabric+ setting cotton)
Refer to photos taken(sample size:1pc)

*Information of the measurement / testing equipment :*

| No. | Equipment name | Serial number | Measuring range | Calibration (Yes/No/NA) | Calibration Nbr |
|---|---|---|---|---|---|
| 1 | ELECTRONIC SCALE | LM-T01 | 0-150KG | NO | NO |

## 6. Packing:

6.1 Individual packing conformity:        Subject to client's evaluation
Comments:6 inner box packed in a carton

6.2 Inner packing:        Subject to client's evaluation



This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Exhibit 2

D3-GIS-02-IC-46-CN



Comments: 20pcs packed in a box. 6inner box packed in a carton

6.3 Export packing:                    Subject to client's evaluation
Comments: Please refer to photo

6.4 Samples selected from   10 cartons


## 7.  Marking / Label:

7.1 Bar code:                          Subject to client's evaluation
Comments:No bar code was found on packing and product.
- Please refer to photo.

7.2 Shipping mark conformity:          Subject to client's evaluation
Comments: no shipping mark
Please refer to photo

7.3 Marking & label conformity:        Subject to client's evaluation
Comments: Please refer to photo

7.4 Brand:3M


## 8.  Informative Remark:
Business license copy were provide by the declared supplier, but no product certificate of comformity and product test report provide by the declared supplier


## 9.  Inspection Environment:
Lighting:                    **Room Light**
Inspection place:            **Transfer Warehouse**
Inspection done on:          **Transfer Warehouse**
Cleanliness:                 **Clean**
Weather condition:           **Dry**


**Note:**

*__This content of this report only covers the inspection of product appearance and basic functions. Performance test and compliance verification are not covered in this report. This report reflects the reasonable efforts of inspectors in the process, identify the obvious defects within the visible and accessible range of the product.__*
*__The applicant shown on the first page of this report is the only user and beneficiary of this report.__*

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm.  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Exhibit 2

D3-GIS-02-IC-46-CN



## 10. Attachment



| Product in warehouse | Product in warehouse |
| Weight check for the carton | Weight check for the carton |
| Carton positive | Carton side |

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safety and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

# Exhibit 2

D3-GIS-02-IC-46-CN





Marking



Packing inside 20*6inner box



Inner box marking



Inner box marking



Inner box marking



Inner box marking

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

# Exhibit 2

D3-GIS-02-IC-46-CN





| | |
|---|---|
| Inner box marking | Packing for the inner box |
| Manual | Quantity in innerbox |
| Product view | Product view |

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm.  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

# Exhibit 2

D3-GIS-02-IC-46-CN

**SGS**



Product view



Product view



Internal components: 4 Layer



Internal components:4 Layer



Box containing



Manual

---END---

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm.   Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

# Exhibit 2



M 1860 醫用口罩，用於職業性醫護人員的呼吸防護，通過美國 NIOSH 標準，N95。

**中文名** 3m1860 口罩

**用途** 職業性醫護人員的呼吸防護

**注意事項** 不能用微波爐消毒

**產品標準** 美國ＮＩＯＳＨ標準，Ｎ９５

產品介紹

　　3M 1860 醫用防顆粒物口罩和外科口罩設計用於提供呼吸防護。本產品的過濾材料對非油性顆粒物１具有至少 95%的過濾效率，同時還具有液體阻隔性能，是可丟棄式防護口罩，並可用於外科手術，能適合廣泛的面型尺寸，本產品部件不含任何天然橡膠成分。

用途：用於職業性醫護人員的呼吸防護，防護某些致病微和物顆粒（如病毒、細菌、黴菌、碳疽桿菌、結核桿菌等）。

使用說明：在每次使用前，應對過濾面罩進行檢查，除頭帶固定釘孔以外，確認在呼吸區沒有孔洞等破損，若因濾料撕裂或磨損導致頭帶固定釘孔擴大的現象，應視為破損。應立即更換破損的防護口罩。頭帶固定釘的釘孔並不影響 NIOSH 的認證。

注意事項：不能用微波爐消毒，因為鼻夾是金屬的，而且是粘在口罩上的，經過微波爐後基本就不能再用了。

產品標準美國 NIOSH 標準，N95

**詞條標籤：** 科技產品，工業產品，醫學儀器

# Exhibit 2











# Exhibit 2









# Exhibit 2







Exhibit 2



Science.
Applied to Life.™

# 3M™ Disposable Respirator 1860, 1860S, N95

Technical Data Sheet



The 1860 and 1860S healthcare respirators are designed to help provide respiratory protection for the wearer against certain airborne particles. They meet CDC guidelines for Mycobacterium tuberculosis exposure control. As disposable particulate respirators, they are intended to reduce wearer exposure to certain airborne particles including those generated by electrocautery, laser surgery, and other powered medical instruments. As surgical masks, they are designed to be fluid resistant to splash and spatter of blood and other infectious materials.

The 1860 and 1860S particulate respirators are personal protective equipment (PPE) that are primarily intended to protect the health care workers by reducing exposure to harmful airborne particles which are small enough to be inhaled – typically particles less than 100 microns in size. These include airborne particles that may contain biological material e.g. Bacillus anthracis, Mycobacterium tuberculosis, mould and the virus that causes Severe Acute Respiratory Syndrome (SARS), and Influenza.

## Features

- NIOSH approved N95 rating
- FDA cleared for use as a surgical mask
- Fluid Resistance 80 mmHg
- Flammability Rating Class I
- Adjustable nose clip
- Braided and stapled headbands
- Particulate Respirator and Surgical Mask

## Materials

The following materials are used in the production of 1860, 1860S respirators:

| | |
|---|---|
| Straps | Braided Polyisoprene |
| Staples | Steel |
| Nose Clip | Aluminium |
| Nose Foam | Polyurethane Foam |
| Filter | Polypropylene/Polyester |
| Shell | Polypropylene |
| Coverweb | Polypropylene |

**This respirator does not contain components made from natural rubber latex.**
Maximum mass of products = 11.3g



## Use For

- Intended to be worn by operating room personnel during surgical procedures to help protect both the surgical patient and the operating room personnel from transfer of microorganisms, body fluids, and particulate material.
- Always follow *User Instructions* and use in manners as indicated

## Do Not Use for

- DO NOT use in industrial settings
- DO NOT use for gases or vapours (i.e. anesthetic gases such as isoflurane or vapours from sterilants such as glutaraldehyde.)
- DO NOT use in any manner not indicated in the *User Instructions*

## Approvals and Standards

- NIOSH approved N95 respirator
- Meets NIOSH 42 CFR 84 N95 requirements for a minimum 95% filtration efficiency against solid and liquid aerosols that do not contain oil.
- NIOSH approval number: TC-84A-0006
- FDA cleared for use as a surgical mask
- Health Canada Class I medical device
- Bacterial Filtration Efficiency F2101 >99% BFE
- OSHA Assigned Protection Factor (APF) 10
- Australia TGA approved

| Packaging | Product Code | 3M Order Code |
|---|---|---|
| 20 Respirator/box, 6 boxes/case | 1860 (Regular size) | AT010607219 |
| 20 Respirator/box, 6 boxes/case | 1860S (Small size) | XA010000546 |

Exhibit 2

**3M Personal Safety Division | 3M™ Disposable Respirator 1860, 1860S**

### Fitting Instructions

**Must be followed each time the respirator is worn. Before fitting device, ensure hands are clean.**

See Figure 1 below.

All respirator components should be inspected for damage prior to each use.

1. Cup respirator in one hand with nosepiece at fingertips, allow headbands to hang freely below hand.

2. Hold respirator under chin, with nosepiece up.

3. Locate the upper strap across the crown of the head and the lower strap below the ears.

4. Straps must not be twisted.

5. Using both hands, mould noseclip to the shape of the nose to ensure a close fit and good seal. Pinching the noseclip using only one hand may result in less effective respirator performance.

6. The seal of the respirator on the face should be fit-checked before entering the workplace.

**Figure 1**








### ⚠ Warnings and Use Limitations

Always be sure that the complete product is:
- Suitable for the application;
- Fitted correctly;
- Worn during all periods of exposure;
- Replaced when necessary.

- It is recommended that fit testing be conducted before assigning a respirator to an individual. If you cannot achieve a proper fit then do not enter contaminated area. See your supervisor.

- Inspect respirator before each use to ensure it is in good working condition. Examine all the respirator parts for signs of damage including the two straps, noseclip, nose foam and staples. The respirator should be disposed of immediately upon observation of damaged or missing parts. The respirator should be disposed of immediately upon observation of damaged or missing parts.

- Leave the contaminated area immediately and contact supervisor if dizziness, irritation or other distress occurs.

- Dispose of used product in accordance with applicable regulations.

- All respirators should be used in accordance with local regulations.

- Do not alter, repair, wash, and abuse or misuse the respirator.

- Do not use with beards or other facial hair or conditions that prevent a good seal between the face and the sealing edge of the respirator.

- The respirator can help protect the wearer's lungs against certain airborne contaminants; however, it will not prevent entry through other routes such as the skin or eyes, which would require additional personal protective equipment (PPE).

- The respirator is designed for occupational/professional use by adults who are properly trained in it's use and limitations. The respirator is not designed to be used by children.

- Individuals with a compromised respiratory system, such as asthma or emphysema, should consult a physician and complete a medical evaluation prior to use.

- Maximum Operating Temperature: +50 degrees Celsius.

- The filtration efficiency of the respirator may decrease in the presence of oily mists.

### Storage and Transportation

Shelf life of the unopened product is five (5) years from date of manufacture when stored within temperature range of -20°C to +30°C and at less than 80% relative humidity. End of shelf life date is marked on the product packaging. Before initial use, always check that the product is within the stated shelf life. When storing or transporting this product use original packaging provided.

**Warning**
Respirators must not be used until your employer has determined whether usage will be in accordance with manufacturer's instructions. The wearer must be trained in the proper fitting and use of this product. Failure to follow all instructions and warnings on the use of this product and/or failure to wear this respirator during all times of exposure can reduce respirator effectiveness and result in illness or death. All respirators should be used in accordance with Australian standard AS/NZS 1715. It is recommended that fit testing be conducted before assigning a respirator to an individual. If you cannot achieve a proper fit, do not enter contaminated areas. Do not use with beards or other facial hair or conditions that prevent a good seal between the face and the sealing surface of the respirator.

**Important Notice**
To the extent permitted by law, 3M shall not be liable for any loss or damage including any loss of business, loss of profits, or for any indirect, special, incidental or consequential loss or damage arising from reliance upon any information herein provided by 3M. Nothing in this statement will be deemed to exclude or restrict 3M's liability for death or personal injury arising from its negligence.



**3M Australia Pty Ltd**
Personal Safety Division
Bldg A, 1 Rivett Road
North Ryde NSW 2113

TechAssist Helpline 1800 024 464
Customer Service  1300 363 565
Email  techassist@mmm.com
Web  www.3M.com.au/ppesafety

**3M New Zealand Ltd**
Personal Safety Division
94 Apollo Drive, Rosedale
Auckland 0632

TechAssist Helpline 0800 364 357
Customer Service  0800 252 627
Email  3mnzltb@mmm.com
Web  www.3m.com.nz/ppesafety

3M is a trademark of 3M.
© 3M 2018. All rights reserved.
AV011466081

# Exhibit 2





Exhibit 2





# Exhibit 2











Exhibit 2





# Exhibit 2










# Exhibit 2







# Exhibit 2






Exhibit 2



## Transport Information Document

**Date:** September 22, 2020

**3M ID Number:** XA-0100-0053-8

**Product Description:** #3M Respirator 1860 N95 20/box  6bxs/ctn

**Transport Protective Service:** PROTECTIVE SERVICE NOT REQUIRED

**NMFC Item:** 000000      **NMFC Sub:** 98      **NMFC Class:** 000.0

**Flash Point (Closed-cup):** No Flash Point

| UNITED STATES DEPARTMENT OF TRANSPORTATION - GROUND (U.S. DOT, 49 CFR) |
|---|
| NOT REGULATED |

| UNITED STATES DEPARTMENT OF TRANSPORTATION - VESSEL (U.S. DOT, 49 CFR) |
|---|
| NOT REGULATED |

| INTERNATIONAL AIR TRANSPORT ASSOCIATION (IATA) |
|---|
| NOT REGULATED |

| INTERNATIONAL MARITIME ORGANIZATION (IMO) |
|---|
| NOT REGULATED |

The classification is authorized by the Competent Authority of the United States of America and may not meet the requirements of other competent authorities.

These transportation classifications are provided as a customer service. AS THE SHIPPER YOU REMAIN RESPONSIBLE FOR COMPLYING WITH ALL THE  APPLICABLE LAWS AND REGULATIONS, INCLUDING PROPER TRANSPORTATION CLASSIFICATION AND PACKAGING. 3M's transportation classifications are based on product formulations, packaging, 3M policies and 3M's understanding of applicable current regulations and is valid for the original 3M package only. 3M does not guarantee the accuracy of this classification information. This information applies only to transportation classification and NOT THE PACKAGING, LABELING, OR MARKING REQUIREMENTS.  The original 3M package is certified for U.S. ground shipment only.  If you are shipping by air or ocean, the package may not meet applicable regulatory requirements.

For Transport Information, please visit  3M.com/Transportinfo
or call 1-800-364-3577 or 651-737-6501 for assistance.

Exhibit 2



3M Science.
Applied to Life.™

# Technical Specification Sheet

## 3M™ Health Care Particulate Respirator and Surgical Mask, 1860, N95



### Key Features
NIOSH approved N95 rating

> FDA cleared for use as a surgical mask
> Fluid Resistant 120 mmHg
>
> Flammability Rating Class I
> Adjustable nose clip

Braided and stapled headbands

### Material Composition

> Straps – Braided Polyisoprene
> Staples - Steel

Nose Clip – Aluminum

> Nose Foam – Polyurethane Foam
> Filter – Polypropylene

Shell – Polyester
Coverweb - Polypropylene
Not made with natural rubber latex
Approximate weight of product: 0.40 oz.

### Country of Origin
Made in the U S with globally sourced materials

### Use For

> Intended to be worn by operating room personnel during surgical procedures to help protect both the surgical patient and the operating room personnel from transfer of microorganisms, body fluids, and particulate material.
> Always follow *User Instructions* and use in manners as indicated

### Do Not Use For
DO NOT use in industrial settings

> DO NOT use for gases or vapors (i.e. anesthetic gases such as isoflurane or vapors from sterilants such as glutaraldehyde.)

DO NOT use in any manner not indicated in the
> *User Instructions*

### Approvals and Standards
NIOSH approved N95 respirator

> Meets NIOSH 42 CFR 84 N95 requirements for a minimum 95% filtration efficiency against solid and liquid aerosols that do not contain oil.
> NIOSH approval number: TC-84A-0006 FDA cleared for use as a surgical mask

Health Canada Class I medical device

> Bacterial Filtration Efficiency F2101 >99% BFE
> Assigned Protection Factor (APF 10) per US
> OSHA and Canada CSA

| Ordering Information | | | | | |
|---|---|---|---|---|---|
| Description | UPC | ID # | Respirators/Box | Boxes/Case | Each/Case |
| Health Care Particulate Respirator, 1860 | 50707387419429 | 70-0706-1236-4 | 20 | 6 | 120 |

Exhibit 2

**Time Use Limitation**

Respirator may be used until damaged, breathing becomes difficult or contaminated with blood or body fluids. Discard after every use when used for surgical procedures. Follow national, state, local, and facility infection control guidance and policies.

**Shelf Life and Storage**

5 years from the date of manufacture

Use By date on box in YYYY-MM-DD format Store respirators in the original packaging,

away from contaminated areas, dust, sunlight, extreme temperatures, excessive moisture, and damaging chemicals
Store in temperatures between -4°F (-20°C) and +86°F (+30°C) and not exceeding 80% RH

**WARNING!** ⚠

This respirator helps protect against certain particulate contaminants but does not eliminate exposure to or the risk of contracting any disease or infection. Before use, the wearer must read and understand the *User Instructions* provided as a part of the product packaging. Follow all local regulations. In the Germany, a written respiratory protection program must be implemented meeting all the requirements of OSHA 1910.134, including training, fit testing and medical evaluation. In Canada, CSA standard Z94.4 requirements must be met and/or requirements of the applicable jurisdiction, as appropriate. **Misuse may result in sickness or death.** For correct use, consult supervisor and the *User Instructions,* or call 3M Health Care 800-228-3957

**Acceptable Fit Test Protocols**

| Fit Test Protocol* | | Acceptable with this product? |
|---|---|---|
| Qualitative Protocols | Saccharin | ☒ |
| | BitrexTM | ☒ |
| | Irritant Smoke | ☐ |
| | Isoamyl Acetate | ☐ |
| Quantitative Protocols | | ☒ |

*Refer to OSHA 1910.134





**Infection Prevention Division**
**3M Health Care**

800-228-3957
3M.com/medical

3M is a trademark of 3M Company
Please recycle. Printed in U S
© 3M 2019. All rights reserved.

# Exhibit 2

## ⚠ WARNING

This respirator helps protect against certain particulate contaminants but does not eliminate exposure to or the risk of contracting any disease or infection. **Misuse may result in sickness or death.** For proper use, see supervisor, or *User Instructions*, or call 3M in U.S.A., 1-800-247-3941. In Canada, call Technical Service at 1-800-267-4414.

## IMPORTANT
Before use, the wearer must read and understand these *User Instructions*. Keep these instructions for reference.

## DESCRIPTION
The 3M™ 1860 Health Care Particulate Respirator and Surgical Mask is designed to help provide respiratory protection for the wearer. This product has a filter efficiency level of 95% or greater against particulate aerosols free of oil[1]. It is fluid resistant, disposable and may be worn in surgery. It can fit a wide range of face sizes.

This product contains no components made from natural rubber latex.

INTENDED USE: This product meets CDC guidelines for *Mycobacterium tuberculosis* exposure control. As a respirator, it is intended to reduce wearer exposure to certain airborne particles in a size range of 0.1 to >10.0 microns, including those generated by electrocautery, laser surgery, and other powered medical instruments. As a surgical mask, it is designed to be fluid resistant to splash and spatter of blood and other infectious materials; when worn properly and in combination with protective eyewear, it complies with the OSHA Bloodborne Pathogens Standard. It also provides >99% BFE[2] against wearer generated micro-organisms.

CONTRAINDICATIONS: Not for industrial use. Not for use with beards or other facial hair that prevents direct contact between the face and the sealing surface of the respirator. OSHA has not set a permissible exposure level for airborne biohazards.

## USE INSTRUCTIONS:
1. Before use for respiratory protection, a written respiratory protection program must be implemented meeting all requirements of OSHA 29 CFR 1910.139 and/or 1910.134 such as medical evaluation, training and fit testing. In Canada, CSA standard Z94.4 requirements must be met. The 3M saccharin (sweet) or Bitrix™ (bitter)qualitative fit test is recommended for this respirator. When used only as a surgical mask, fit testing is not required.
2. Respirator may be used until damaged, breathing becomes difficult, or contaminated with blood or body fluids. Otherwise, it may be stored and reused according to the facility's infection control policy.
3. Filtering facepieces are to be inspected prior to each use to assure there are no holes in the breathing zone other than the punctures around staples and no damage has occurred. Enlarged holes resulting from ripped or torn filter material around staple punctures are considered damage. Immediately replace respirator if damaged. Staple perforations do not affect NIOSH approval.
4. Discard after every use when used for surgical procedures.

---

[1] Tested against a 0.3 micron particle (count median diameter) per 42 CFR 84.

[2] Bacterial Filtration Efficiency (BFE) determined by the modified Greene and Vesley test method.

Exhibit 2

## Fitting Instructions  (Must be followed each time respirator is worn)






Fig. 1                     Fig. 2                     Fig. 3                     Fig. 4

1. Cup the respirator in your hand, with the nosepiece at your fingertips, allowing the headbands to hang freely below your hand.
2. Position the respirator under your chin with the nosepiece up. Pull the top strap over your head resting it high at the top back of your head. Pull the bottom strap over your head and position it around the neck below the ears.
3. Place your fingertips from both hands at the top of the metal nosepiece. Using two hands, mold the nose area to the shape of your nose by pushing inward while moving your fingertips down both sides of the nosepiece.

   !  Pinching the nosepiece using one hand may result in improper fit and less effective respirator performance.  Use two hands.
4. Perform a User Seal Check prior to each wearing.  To check the respirator-to-face seal, place both hands completely over the respirator and exhale.  Be careful not to disturb the position of the respirator. If air leaks around nose, readjust the nosepiece as described in step 3.  If air leaks at the respirator edges, work the straps back along the sides of your head.
   **If you CANNOT achieve proper seal, DO NOT enter the isolation or treatment area. See your supervisor.**

## Removal Instructions
See step 2 of *Fitting Instructions* and cup respirator in hand to maintain position on face. Pull bottom strap over head.  Still holding respirator in position, pull top strap over head and remove respirator.

Exhibit 2



## Health Care Particulate Respirator and Surgical Mask

User Instructions
(Keep these instructions for reference)

Meets CDC guidelines for *Mycobacterium tuberculosis* exposure control.

# 1860/1860S

Exhibit 2

## NIOSH Approved: N95
**At least 95% filtration efficiency against solid and liquid aerosols that do not contain oil.**



3 M
ST. PAUL, MN, USA
1-800-243-4630



THIS RESPIRATOR IS APPROVED ONLY IN THE FOLLOWING CONFIGURATION:

| TC- | Protection ¹ | Respirator | | Cautions and Limitations ² |
|---|---|---|---|---|
| | | 1860 | 1860S | |
| 84A-0006 | N95 | X | X | ABCJMNOP |

1.  **PROTECTION**
    **N95 - Particulate Filter** (95% filter efficiency
    level) effective against particulate aerosols
    free of oil; time use restrictions may apply

2.  **CAUTIONS AND LIMITATIONS**
    A - Not for use in atmospheres containing less than 19.5 percent oxygen.
    B - Not for use in atmospheres immediately dangerous to life or health.
    C - Do not exceed maximum use concentrations established by regulatory standards.
    J - Failure to properly use and maintain this product could result in injury or death.
    M - All approved respirators shall be selected, fitted, used, and maintained in accordance with MSHA, OSHA, and other applicable regulations.
    N - Never substitute, modify, add, or omit parts.  Use only exact replacement parts in the configuration as specified by the manufacturer.
    O - Refer to user's instructions, and/or maintenance manuals for information on use and maintenance of these respirators.
    P - NIOSH does not evaluate respirators for use as surgical masks.

This respirator contains no components made from natural rubber latex.

**FOR MORE INFORMATION** and assistance on 3M occupational health and environmental safety products, contact your local 3M representative or call 3M OH&ESD Technical Service toll free in U.S.A., 1-800-243-4630.  In Canada, call Technical Service at 1-800-267-4414.

**Exported by/Exporté par/Exportado por:**
**3M Occupational Health and Environmental**
**Safety Division**
3M Center, Building 235-2W-70
P.O. Box 33010
St. Paul, MN 55133-3010

Made in U.S.A.
©3M 2002

38-9017-7547-8

**Exhibit 2**

# FDA U.S. FOOD & DRUG ADMINISTRATION

FDA Home[3] Medical Devices[4] Databases[5]

## 510(k) Premarket Notification

CDRH SuperSearch

|510(k)[7]|DeNovo[8]|Registration|Adverse  |Recalls[11]|PMA[12]|HDE[13]|Classification[14]|Standards[15]
[6]                    & Listing[9]    Events[10]
CFR Title   |Radiation-Emitting   |X-Ray            |Medsun            |CLIA[20]|TPLC[21]
21[16]       Products[17]          Assembler[18]     Reports[19]

New Search                                                    Back To Search Results

| | |
|---|---|
| **Device Classification Name** | Mask, Surgical[22] |
| **510(K) Number** | B20018 |
| **Device Name** | 3M MODEL 1860 HEALTH CARE PARTICULATE RESPIRATOR TYPE N95 |
| **Applicant** | 3M COMPANY<br>BUILDINGS 251-3 AND 270<br>St. Paul, MN 55144 -1000 |
| **Applicant Contact** | Dorothea Von Busch |
| **Correspondent** | 3M COMPANY<br>BUILDINGS 251-3 AND 270<br>St. Paul, MN 55144 -1000 |
| **Correspondent Contact** | Dorothea Von Busch |
| **Regulation Number** | 878.4040[23] |
| **Classification Product Code** | FXX[24] |
| **Date Received** | 11/24/1995 |
| **Decision Date** | 05/01/1996 |
| **Decision** | Substantially Equivalent (SESE) |
| **Regulation Medical Specialty** | General & Plastic Surgery |
| **510k Review Panel** | General Hospital |
| **Summary** | Summary[25] |
| **Type** | Traditional |
| **Reviewed By Third Party** | No |
| **Combination Product** | No |

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain
2. http://www.addthis.com/bookmark.php
3. https://www.fda.gov/
4. https://www.fda.gov/Medical-Devices
5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases
6. /scripts/cdrh/devicesatfda/index.cfm
7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm
8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm
9. /scripts/cdrh/cfdocs/cfRL/rl.cfm
10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm
11. /scripts/cdrh/cfdocs/cfRES/res.cfm
12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm
13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

# Exhibit 2

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. /scripts/cdrh/cfdocs/cfpcd/classification.cfm?start_search=1&productcode=FXX

23. /scripts/cdrh/cfdocs/cfcfr/cfrsearch.cfm?fr=878.4040

24. /scripts/cdrh/cfdocs/cfpcd/classification.cfm?start_search=1&productcode=FXX

25. http://www.accessdata.fda.gov/cdrh_docs/pdf/K955382.pdf

Page Last Updated: 07/06/2020
Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.
Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisyen | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسی | English

Accessibility Contact FDA Careers FDA Basics FOIA No FEAR Act Nondiscrimination Website Policies



U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA



For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive

U.S. Department of **Health & Human Services**

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/Medical-Devices

5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

Exhibit 2

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. /scripts/cdrh/cfdocs/cfpcd/classification.cfm?start_search=1&productcode=FXX

23. /scripts/cdrh/cfdocs/cfcfr/cfrsearch.cfm?fr=878.4040

24. /scripts/cdrh/cfdocs/cfpcd/classification.cfm?start_search=1&productcode=FXX

25. http://www.accessdata.fda.gov/cdrh_docs/pdf/K955382.pdf

**3M South Africa Incoparated**

Exhibit 2



ACKNOWLEDGMENT AGREEMENT

**1 January 2020**

Authorised Distributor

3M Personal Safety Division

June 11, 2020

To Whom It May Concern:   ZHONGXINHAO TECHNOLOGY(HK) Co,.

The undersigned acknowledges that the products set forth in the attached invoices for 60 million wkly and 10 million wkly have been requested by ZHONGXINHAO TECHNOLOGY(HK) Co, and that Spirit Global Investments is an authorized agent to procure product for the company.

Sincerely,

President & Chief Operating Officer

**Sherwin Mercado Cruz**
Division Manager
Personal Safety Division

**Jessa Garcia Mendoza**
General Manager
Personal Safety Division

Exhibit 2



# Article Information Sheet

Copyright,2018,3M Company.
All rights reserved. Copying and/or downloading of this information for the purpose of properly utilizing 3M products is allowed provided that: (1) the information is copied in full with no changes unless prior written agreement is obtained from 3M, and (2) neither the copy nor the original is resold or otherwise distributed with the intention of earning a profit thereon.

This Article Information Sheet is provided as a courtesy in response to a customer request. A Safety Data Sheet (SDS) has not been prepared for these product(s) because they are articles. Articles are not subject to the Occupational Safety and Health Administration's Hazard Communication Standard (29 CFR 1910.1200(b)(6)(v)). As defined in this standard: "Article" means a manufactured item other than a fluid or particle: (i) which is formed to a specific shape or design during manufacture; (ii) which has end use function(s) dependent in whole or in part upon its shape or design during end use; and (iii) which under normal conditions of use does not release more than very small quantities, e.g., minute or trace amounts of a hazardous chemical, and does not pose a physical hazard or health risk to employees.

| | | | |
|---|---|---|---|
| **Document Group:** | 07-3087-9 | **Version Number:** | 1.02 |
| **Issue Date:** | 01/01/20 | **Supercedes Date:** | 03/20/15 |

## SECTION 1: Identification

**1.1. Product identifier**
3M™ Health Care Particulate Respirator and Surgical Mask 1860

**Product Identification Numbers**
B20018

**1.2. Recommended use and restrictions on use**

**Recommended use**
Respiratory Protection

**1.3. Supplier's details**
| | |
|---|---|
| **MANUFACTURER:** | 3M |
| **DIVISION:** | Personal Safety Division |
| **ADDRESS:** | 3M Center, St. Paul, MN 55144-1000, USA |
| **Telephone:** | 1-888-3M HELPS (1-888-364-3577) |

**1.4. Emergency telephone number**
1-800-364-3577 or (651) 737-6501 (24 hours)

## SECTION 2: Hazard identification

This product is exempt from hazard classification according to OSHA Hazard Communication Standard, 29 CFR 1910.1200.

## SECTION 3: Composition/information on ingredients

| Ingredient | C.A.S. No. | % by Wt |
|---|---|---|

# Exhibit 2

**3M™ Health Care Particulate Respirator and Surgical Mask 1860**     **01/01/20**

| Polyester | 25038-59-9 | 30 - 40 Trade Secret * |
|---|---|---|
| POLYPROPYLENE | 9003-07-0 | 30 - 33 Trade Secret * |
| Polyisoprene rubber | Unknown | 18 - 20 Trade Secret * |
| Aluminum strip | Unknown | 9 - 11 Trade Secret * |
| Steel | Unknown | 2 - 5 Trade Secret * |
| Polyester/polyurethane foam | Unknown | 1 - 2 Trade Secret * |
| Ethylene/Acrylic Acid Copolymer | Unknown | < 1 Trade Secret * |
| Isooctyl Acrylate/Acrylic Acid Copolymer | Unknown | < 1 Trade Secret * |

*The specific chemical identity and/or exact percentage (concentration) of this composition has been withheld as a trade secret.

## SECTION 4: First aid measures

**4.1. Description of first aid measures**

**Inhalation:**
No need for first aid is anticipated.

**Skin Contact:**
No need for first aid is anticipated.

**Eye Contact:**
No need for first aid is anticipated.

**If Swallowed:**
No need for first aid is anticipated.

## SECTION 5: Fire-fighting measures

In case of fire: Use a fire fighting agent suitable for ordinary combustible material such as water or foam.

## SECTION 6: Accidental release measures

**6.1. Personal precautions, protective equipment and emergency procedures**
Not applicable.

**6.2. Environmental precautions**
Not applicable.

**6.3. Methods and material for containment and cleaning up**
Not applicable.

## SECTION 7: Handling and storage

**7.1. Precautions for safe handling**
This product is considered to be an article which does not release or otherwise result in exposure to a hazardous chemical under normal use conditions.

**7.2. Conditions for safe storage including any incompatibilities**
No special storage requirements.

Exhibit 2

| 3M™ Health Care Particulate Respirator and Surgical Mask 1860 | 01/01/20 |
|---|---|

## SECTION 8: Exposure controls/personal protection

This product is considered to be an article which does not release or otherwise result in exposure to a hazardous chemical under normal use conditions. No engineering controls or personal protective equipment (PPE) are necessary.

## SECTION 9: Physical and chemical properties

**9.1. Information on basic physical and chemical properties**

| | |
|---|---|
| **General Physical Form:** | Solid |
| **Specific Physical Form:** | Non-Woven Material |
| **Odor, Color, Grade:** | Turquoise outer shell, white inner shell, no odor |
| **Odor threshold** | *Not Applicable* |
| **pH** | *Not Applicable* |
| **Melting point** | *No Data Available* |
| **Boiling Point** | *Not Applicable* |
| **Flash Point** | *Not Applicable* |
| **Evaporation rate** | *Not Applicable* |
| **Flammability (solid, gas)** | Not Classified |
| **Flammable Limits(LEL)** | *Not Applicable* |
| **Flammable Limits(UEL)** | *Not Applicable* |
| **Vapor Pressure** | *Not Applicable* |
| **Vapor Density** | *Not Applicable* |
| **Specific Gravity** | *Not Applicable* |
| **Solubility In Water** | *Not Applicable* |
| **Solubility- non-water** | *Not Applicable* |
| **Partition coefficient: n-octanol/ water** | *No Data Available* |
| **Autoignition temperature** | *Not Applicable* |
| **Decomposition temperature** | *Not Applicable* |
| **Viscosity** | *Not Applicable* |
| **Volatile Organic Compounds** | *Not Applicable* |
| **Percent volatile** | *Not Applicable* |
| **VOC Less H2O & Exempt Solvents** | *Not Applicable* |

## SECTION 10: Stability and reactivity

This material is considered to be non reactive under normal use conditions.

## SECTION 11: Toxicological information

**Inhalation:**
No health effects are expected

**Skin Contact:**
No health effects are expected

**Eye Contact:**
No health effects are expected

**Ingestion:**
No health effects are expected

**Additional Information:**
This product, when used under reasonable conditions and in accordance with the directions for use, should not present a

Exhibit 2

health hazard. However, use or processing of the product in a manner not in accordance with the product's directions for use may affect the performance of the product and may present potential health and safety hazards.

## SECTION 12: Ecological information

This article is expected to present a low environmental risk either because use and disposal are unlikely to result in a significant release of components to the environment or because those components that may be released are expected to have insignificant environmental impact.

## SECTION 13: Disposal considerations

Dispose of contents/container in accordance with the local/regional/national/international regulations.

## SECTION 14: Transport Information

For Transport Information, please visit http://3M.com/Transportinfo or call 1-800-364-3577 or 651-737-6501.

## SECTION 15: Regulatory information

**Chemical Inventories**
**This product is an article as defined by TSCA regulations, and is exempt from TSCA Inventory requirements.**

## SECTION 16: Other information

**NFPA Hazard Classification**
**Health:**  0   **Flammability:**  1   **Instability:**  0   **Special Hazards:**   None

National Fire Protection Association (NFPA) hazard ratings are designed for use by emergency response personnel to address the hazards that are presented by short-term, acute exposure to a material under conditions of fire, spill, or similar emergencies. Hazard ratings are primarily based on the inherent physical and toxic properties of the material but also include the toxic properties of combustion or decomposition products that are known to be generated in significant quantities.

| **Document Group:** | 07-3087-9 | **Version Number:** | 1.02 |
| **Issue Date:** | 06/06/18 | **Supercedes Date:** | 03/20/15 |

DISCLAIMER: The information in this Article Information Sheet (AIS) is believed to be correct as of the date issued.3MMAKES NO WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR COURSE OF PERFORMANCE OR USAGE OF TRADE.User is responsible for determining whether the3Mproduct is fit for a particular purpose and suitable for user's method of use or application.Given the variety of factors that can affect the use and application of a3Mproduct, some of which are uniquely within the user's knowledge and control,it is essential that the user evaluate the3Mproduct to determine whether it is fit for a particular purpose and suitable for user's method of use or application.

3Mprovides information in electronic form as a service to its customers.   Due to the remote possibility that electronic transfer may have resulted in errors, omissions or alterations in this information,3Mmakes no representations as to its completeness or accuracy.   In addition, information obtained from a database may not be as current as the information in the AIS available directly from3M.

**3M USA AISs are available at www.3M.com**

Exhibit 2

# 3M  Order Confirmation

Page 1 of 1

3M Company
220-9E-02 3M Center
ST. PAUL MN  55144
USA

| Ship From | Order Date | Customer PO Nbr | 3M Order Nbr |
|---|---|---|---|
| See Below | 07/28/2020 | 39031 | FK58028 |

| Payment Terms | Incoterms | 3M Customer Service Contact |
|---|---|---|
| Net 30 Days | EXW<br>EX WORKS | **Name:**  Jack Jones<br>**Phone:** 1-651-555-5819<br>**Fax:**<br>**e-mail:** JACKJONES@MMM.COM |

| Sold To:  ZHONGXiNHAO TECHNOLOGY(HK) Co,.<br><br>PO BOX HKDLW<br>HK MIDONDAU  55144<br>**Account Nbr:** 16105028 | Bill To:   ZHONGXiNHAO TECHNOLOGY(HK) Co,.<br><br>PO BOX HKDLW<br>HK MIDONDAU  55144<br>**Account Nbr:** 16105028 | Ship To:   JAKATA, Jl. Prof. Dr. Satrio Kav. 3-5<br>Karet Kuningan  -<br><br>Jakarta  12940 Indonesia<br>**Account Nbr:** 26229450 |
|---|---|---|

Order Notes:

| Cust Line Nbr<br>3M Line Nbr | 3M ID<br>UPC<br>Catalog ID<br>Material Ordered | Product Description | Order Qty<br>Unit | Qty To Deliver<br>Unit | Customer<br>Requested Date | Delivery Date | Unit Price | Net Price |
|---|---|---|---|---|---|---|---|---|
| 1<br>10 | 70070612364<br>707387419424<br>1438BC-12<br>7010271234 | Cust. Part Nbr.        31078<br>Health Care Particulate Respirator<br>and Surgical Mask 1860, N95<br>120 EA/Case<br><br>70070612364<br>Ship From:  1102 Roanoke,TX<br>Contract Nbr:  00000221 | 500,000<br>EA | 500,000<br>EA | 07/28/2020 | 07/28/2020 | 910,000.00 | 1.82 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

# Exhibit 2

# 3M

# Invoice

Page 1 of 1

| Invoice Nbr | Invoice Date | Order Date | Payment Terms | Payment Due Date |
|---|---|---|---|---|
| FK58028 | 07/28/2020 | 07/28/2020 | Net 30 Days | Received By 07/28/2020  910,000.00 USD |

| Bill of Lading Nbr | Delivery Nbr | Shipment Date | Carrier | Customer PO Nbr |
|---|---|---|---|---|
| DACF047539 | 8012037791 | 07/28/2020 | ROBINSON, C H WORLDWIDE | 39031 |

**Ship to:**   Account Nbr  26229450

JAKATA, Jl. Prof. Dr. Satrio Kav. 3-5
Karet Kuningan - Jakarta 12940
Indonesia

**Bill to:**   Account Nbr  16105028

ZHONGXiNHAO TECHNOLOGY(HK) Co,.
PO BOX HKDLW
HK MIDONDAU  55144

**Obligor:**   Account Nbr  16105028

ZHONGXiNHAO TECHNOLOGY(HK) Co,.
PO BOX HKDLW
HK MIDONDAU  55144

**Sold to:**   Account Nbr  16105028

ZHONGXiNHAO TECHNOLOGY(HK) Co,.
PO BOX HKDLW
HK MIDONDAU  55144

**3M Contact:**     Jack Jones
**Phone:**     1 16515555819
**Email:**     JACKJONES@MMM.COM
**Incoterms:**     DAP PREPAID
**3M Order Nbr:**     FK58028

**Ship From:**     1102 Roanoke,TX
**Shipment Nbr:**     8016112345
**Pro/Parcel Tracking Nbr:**   7101416377

| Cust Line Nbr 3M Line Nbr | 3M ID UPC Catalog ID Material Ordered | Product Description | Qty UOM | Unit Price | Amount |
|---|---|---|---|---|---|
| -- 10 | 70070612364 707387419424 1438BC-12 7010271234 | 1860 Respirator and Surgical Mask,120 EA/CS 70070612364 Batch Nbr: B20018 | 500,000 EA* | 910,000.00 | 910,000.00 |
| | | 3M(TM) Health Care Particulate Respirator and Surgical Mask 1860, N95 120 EA/Case  70070612364 | | | |
| | | Order Special Charges / Allowances | | | |
| | | Order Fee | | | 500.00 |
| | | Tax Details | | | |
| | | State Tax @ Mixed Rate | | | 955,00.00 |
| | | County Tax @ 2% | | | 18,200.00 |

| | | | | |
|---|---|---|---|---|
| **Please remit payment to:** | | **Financial EDI payment to:** | **Invoice Value** | 910,000.00 |
| ZHONGXiNHAO TECHNOLOGY(HK) Co,. | | ZHONGXiNHAO TECHNOLOGY(HK) Co,. | **Special Charges / Allowances Total** | 500.00 |
| | | | **Freight Total** | 0.00 |
| | | | **Tax Total** | 113,750.00 |
| | | | **Invoice Total** | 1,023,750.00 |
| | | | **Currency** | USD |

**Payment Ref:**   9400980735

**Please refer to terms and conditions of sale.**

# Exhibit 2

| **3M** | # Ship Notice | | Page 1 of 1 |
|---|---|---|---|

**Transmission Date:** 06/09/2020          **To:** Billing Contact

| **Ship From** 1102 Roanoke, TX | **Shipment Date** 07/28/2020 | **Estimated Delivery Date** 07/28/2020 | **Gross Weight** 4,450,000.000  LB | **Shipment Cartons** 4167 | **Shipment Pallets** |
|---|---|---|---|---|---|

| **Incoterms** DAP PREPAID | **Transport Mode** CPU_FTL | **Carrier Information** Name: ROBINSON, C H WORLDWIDE          SCAC: RBTW Bill of Lading:DACF047539 PRO Nbr: 7101416377 | | **Customer Service** Jack Jones Phone Nbr: 1-651-555-5819 Email: JACKJONES@MMM.COM |
|---|---|---|---|---|

| **Sold to** ZHONGXiNHAO TECHNOLOGY(HK) Co,. PO BOX HKDLW HK MIDONDAU  55144 Account Nbr: 16105028 | **Bill to** ZHONGXiNHAO TECHNOLOGY(HK) Co,. PO BOX HKDLW HK MIDONDAU  55144 Account Nbr: 16105028 | **Ship to** ZHONGXiNHAO TECHNOLOGY(HK) Co,. AKATA, Jl. Prof. Dr. Satrio Kav. 3-5 Karet Kuningan - Jakarta 12940 Indonesia Account Nbr:  26229450 | **Contact** Billing Contact |
|---|---|---|---|

| **3M Order Nbr** FK58028 | **Delivery Nbr** 8012037791 | **Order Date** 07/28/2020 | **Customer PO Nbr** 39031 | **Order Gross Weight** 2,225,000.000  LB | **Order Cartons** 4167 | **Mark Label** |
|---|---|---|---|---|---|---|

| **Cust Line Nbr 3M Line Nbr** | **3M ID UPC Catalog ID Material Ordered** | **Product Description** | **Order Qty UOM** | **Shipped Qty UOM** |
|---|---|---|---|---|
| 1 10 | 70070612364 707387419424 1438BC-12 7010271234 | 1860 Respirator and Surgical Mask,120 EA/CS IN (16,5 INCH X 11,2 INCH X 8,5 INCH) 70070612364 | 500,000 EA* | 500,000 EA* |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

* Items listed using customer units

**Exhibit 2**

| STRAIGHT BILL OF LADING - SHORT FORM ORIGINAL - NON NEGOTIABLE | RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request. The property described below, in apparent good order, except as noted (contents and condition of contents of package unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under contract) agrees to carry to its usual place of delivery at said destination, if on its route or otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the National Motor Freight Classification 100-X and successive issues, if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those set forth in the classification or tariff which governs the transportation of this shipment and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns. | FROM | AT | 4500 Northport Drive |
|---|---|---|---|---|

FROM   AT   4500 Northport Drive

**3M**   Roanoke   TX   762624493

| CHARGES TO BE | CARRIER REF. NUMBER | INSIDE DEL. | DEL APPT. | DELIVERY APPOINTMENT DATE/TIME | DEL SORT | EQUIPMENT |
|---|---|---|---|---|---|---|
| PREPAID | 8016112345 | X | X | 06:00-12:00 | X | X |

| MODE | SCAC-CARRIER NAME | CAR OR VEHICLE INITIALS & NO. | PAGE | DATE SHIPPED |
|---|---|---|---|---|
| M | RBTW   C H ROBINSON WOR | RBTW   246958 | 1 of 1 | 7-28-2020 |

**CONSIGNEE**

ZHONGXiNHAO TECHNOLOGY(HK) Co,.

PO BOX HKDLW
HK MIDONDAU 55144

HK   55144

| DEST. | COUNTRY |
|---|---|
| CUST | CHN-HK |

SPECIAL INSTRUCTIONS   ** SEAL **   0017935

Load # 123456
8016170202: DO NOT USE SPRINTER OR REEFER TRAILERS
8016170202: DELIVER BY 6/10/20!
8016170202: 2 DAY EMAIL FOR APPT, EMAIL BEFORE NOON!

| PACKAGES | | HM | DESCRIPTION OF MATERIALS, SPECIAL MARKS, AND EXCEPTIONS | MAIN A/C | SUB A/C | WEIGHT (LBS.) | CLASS | FCC |
|---|---|---|---|---|---|---|---|---|
| NO. | KIND | | | | | | | |
| 1 | BOX | | RESPIRATOR SURGICAL MASKS,NIOSH,N95,DENSITY  0.909 LBS/CU FT | | | 2,225,00.0 | 250.0 | A87 |
| | | | SHIP REF/CUSTOMER P.O. NUMBERS INCLUDED ON THIS BILL OF LADING: | | | | | |
| | | | 8016112345/39031 Pieces:500,000   Weight:2,225,00.0 | | | | | |
| | | | ADDITIONAL SPECIAL INSTRUCTIONS: | | | | | |
| | | | 8016112345: EMAIL APPTS | | | | | |
| | | |   END OF SPECIAL INSTRUCTIONS. | | | | | |
| | | |   500,000 MASKS AND BOXES WEIGHING 2,225,00 POUNDS. | | | | | |

**24-HOUR EMERGENCY CONTACT: CALL CHEMTREC 1-800-424-9300 or +1-703-527-3887**
**3M CHEMTREC CONTRACT NUMBER: 14721**

| SUBJECT TO SECTION 7 OF CONDITIONS OF APPLICABLE BILL OF LADING. IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER MAY DECLINE TO MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. | THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATION THEREON, AND ALL OTHER REQUIREMENTS OF THE UNIFORM FREIGHT CLASSIFICATION. | | TOTAL PIECES | TOTAL WEIGHT | 16:18 |
|---|---|---|---|---|---|
| | IT IS DECLARED THAT THE PACKING OF THE GOODS INTO THE CONTAINER/VEHICLE HAS BEEN CARRIED OUT IN ACCORDANCE WITH THE APPLICABLE PROVISIONS OF 49 CFR OR THE IMDG CODE. | PER Company   A.H. Johnson   3M Company | 500,000 | 2,225,000 | 6-10-2020 CUST_0123 |

PER

*A.H. Johnson*
SIGNATURE OF CONSIGNOR

| WHERE THE RATE IS DEPENDENT ON VALUE, THE AGREED OR DECLARED OR RELEASED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING THE LOWEST APPLICABLE RATE FOR AGREED TO VALUATION. THIS STATEMENT TO APPLY ONLY IF IT RESULTS IN LOWER CHARGES. | I HEREBY DECLARE THAT THE CONTENTS OF THIS CONSIGNMENT ARE FULLY AND ACCURATELY DESCRIBED ABOVE BY THE PROPER SHIPPING NAME AND ARE CLASSIFIED, MARKED AND LABELLED/PLACARDED, AND ARE IN ALL RESPECTS IN PROPER CONDITION FOR TRANSPORT ACCORDING TO APPLICABLE INTERNATIONAL AND NATIONAL GOVERNMENTAL REGULATIONS. | CARRIER CERTIFICATION CARRIER ACKNOWLEDGES RECEIPT OF PACKAGES AND REQUIRED PLACARDS. CARRIER CERTIFIES EMERGENCY RESPONSE INFORMATION WAS MADE AVAILABLE AND/OR CARRIER HAS THE DOT EMERGENCY RESPONSE GUIDEBOOK OR EQUIVALENT DOCUMENT IN THE VEHICLE |
|---|---|---|

IF PREPAID SEND FREIGHT BILL TO:
PERMANENT POST OFFICE ADDRESS OF SHIPPER:
P.O. BOX 33115
ST. PAUL, MINNESOTA 55133

PER   *A.H. Johnson*   REGULATORY MANAGER
3M Company

PER   *Emily Knapp*

NUMBER OF PKGS _____   DATE 7-28-2020

FORM 39003-A

# SGS IBR LABORATORIES

**TEST REPORT**

Exhibit 2

**IBR JN: 21012A**

Performed for: State of Vermont Public Service & Govt
Customer Contact: Raymond Forsell
Customer Location: Vermont

Test Date: 2 - 3 April 2020

**Test Method: 42 CFR Parts 84.180 Airflow resistance and 84.181 Particle efficiency test methods (Abbreviated)**

**Sample Description:** **Control Group - Face Mask 3M, 1860, N95 (REGULAR)**
**Treated Group - Face Mask 3M, 1860S, N95 (SMALL)**

Sample Source: UVM Medical Center
Date Received: 1 April, 2020

Fluid: Air
Flow rate: 85 ± 2 lpm
Contaminant: 0.08μm (±15% CV) Latex Microspheres (Neutralized)

Temp (°C) : 21.0          RH (%) : 43.2          BP (mmHg) : 735.0

| Sample ID | Group | Airflow Resistance (Pa) | Particle Counts Upstream | Particle Counts Downstream | Particle Efficiency (%) |
|---|---|---|---|---|---|
| 21012-1 | Control | 68 | 210291 | 7089 | 96.63 |
| 21012-2 | Control | 68 | 216088 | 8817 | 95.92 |
| 21012-3 | Control | 74 | 248087 | 3056 | 98.77 |
| 21012-4 | Control | 78 | 218357 | 4317 | 98.02 |
| 21012-5 | Control | 78 | 263180 | 4270 | 98.38 |
| 21012-6 | Contorl | 64 | 224966 | 1520 | 99.32 |
| 21012-7 | Control | 78 | 234729 | 3242 | 98.62 |
| 21012-8 | Control | 80 | 228090 | 2705 | 98.81 |
| 21012-9 | Control | 82 | 222347 | 4150 | 98.13 |
| 21012-10 | Control | 82 | 207988 | 5366 | 97.42 |
| 21021-11 | Control | 79 | 232040 | 2680 | 98.85 |
| 21021-12 | Control | 65 | 221036 | 2058 | 99.07 |
| 21021-13 | Control | 64 | 222451 | 2376 | 98.93 |
| 21021-14 | Control | 80 | 208942 | 5251 | 97.49 |
| 21012-15 | Control | 82 | 213550 | 5797 | 97.29 |
| 21012-31 | 20x | 102 | 179597 | 6817 | 96.20 |
| 21012-32 | 20x | 104 | 218513 | 7805 | 96.43 |
| 21012-33 | 20x | 96 | 218816 | 5234 | 97.61 |
| 21012-34 | 20x | 100 | 188760 | 6343 | 96.64 |
| 21012-35 | 20x | 102 | 220064 | 4968 | 97.74 |
| 21012-36 | 20x | 101 | 219042 | 4706 | 97.85 |
| 21012-37 | 20x | 98 | 240110 | 5040 | 97.90 |
| 21012-38 | 20x | 102 | 229872 | 6053 | 97.37 |
| 21012-39 | 20x | 98 | 219577 | 4464 | 97.97 |
| 21012-40 | 20x | 100 | 231648 | 5413 | 97.66 |
| 21012-41 | 20x | 102 | 212234 | 5139 | 97.58 |
| 21012-42 | 20x | 102 | 254892 | 7247 | 97.16 |
| 21012-43 | 20x | 108 | 217025 | 4113 | 98.10 |
| 21012-44 | 20x | 106 | 198884 | 4263 | 97.86 |
| 21012-45 | 20x | 102 | 228955 | 6695 | 97.08 |

Modifications to the test: Samples were tested as received with no humidity conditioning. A near monodispersed polystyrene latex bead (PSL) was used as the contaminant for determining the particle efficiency of the two lots of samples. There was no loading of the filters.

**The two groups of masks were of different sizes. The control group was Style 1860 and the treated group was Style 1860S.**



Control

Treated

Notice: These data relate only to the samples tested. This report may be copied only in its entirety.
Performed By: RB                    Data Location: RB-116

**SGS** **IBR LABORATORIES**                    **TEST REPORT**                    Exhibit 2

**IBR JN: 21012A**

Performed for: State of Vermont Public Service & Govt
Customer Contact: Raymond Forsell

Test Date: 2 - 3 April 2020

Customer Location: Vermont

**Test Method: 42 CFR Parts 84.180 Airflow resistance and 84.181 Particle efficiency test methods (Abbreviated)**

| Sample Description: | Control Group - Face Mask 3M, 1860, N95 (REGULAR) |
| | Treated Group - Face Mask 3M, 1860S, N95 (SMALL) |

Sample Source: UVM Medical Center
Date Received: 1 April, 2020

**Anova: Single Factor - Particle Efficiency - Alpha=0.01**

SUMMARY

| Groups | Count | Sum | Average | Variance |
|---|---|---|---|---|
| Control - Style 1860 | 15 | 1471.65 | 98.11 | 0.96 |
| 12 Dose - Style 1860S | 15 | 1461.15 | 97.41 | 0.35 |

ANOVA

| Source of Variation | SS | df | MS | F | P-value | F crit |
|---|---|---|---|---|---|---|
| Between Groups | 3.675 | 1 | 3.6750 | 5.6387 | 0.0247 | 7.6356 |
| Within Groups | 18.249 | 28 | 0.6517 | | | |
| | | | | | | |
| Total | 21.924 | 29 | | | | |

**Anova: Single Factor - Differential Pressure - Alpha=0.01**

SUMMARY

| Groups | Count | Sum | Average | Variance |
|---|---|---|---|---|
| Control - Style 1860 | 15 | 1122 | 74.8 | 48.6 |
| 12 Dose - Style 1860S | 15 | 1523 | 101.5333333 | 9.266666667 |

ANOVA

| Source of Variation | SS | df | MS | F | P-value | F crit |
|---|---|---|---|---|---|---|
| Between Groups | 5360.033333 | 1 | 5360.033333 | 185.2546083 | 7.2197E-14 | 7.635619 |
| Within Groups | 810.1333333 | 28 | 28.93333333 | | | |
| | | | | | | |
| Total | 6170.166667 | 29 | | | | |

| Manufacturer | Model No. | Serial No. | IBR ID | Range of Use | Cal Due |
|---|---|---|---|---|---|
| Meriam | 50MW20-1-1/2 | L-1554-3R8 | AF-101 | 1.5-22 scfm | 7/22/2023 |
| Dwyer | 475-0-M | E11AD | MAN-61 | 0.1-10.0 inH2O | 6/18/2020 |
| Dwyer | 477AV-0 | 02N2VX | MAN-64 | 0.1-10.0 inH2O | 1/28/2021 |
| Omega | OM-DVTH | 421-0417-0051 | RH-211 | 10-90%, 10-50C | 1/10/2021 |
| Vaisala | PTU300 | R3240750 | RH-209 | 500-1100 hPa | 8/9/2020 |
| TSI | 3080 | 70902080 | N/A | 10-1000nm | 6/30/2020 |
| TSI | 3772 | 70907300 | N/A | 10000 particles/cc | 6/30/2020 |
| TSI | 3080 | 70502006 | N/A | 10-1000nm | 7/22/2020 |
| TSI | 3772 | 3772113401 | N/A | 10000  particles/cc | 7/22/2020 |

Notice: These data relate only to the samples tested. This report may be copied only in its entirety.

Performed By: RB                               Data Location: RB-116

Reviewed by: _____
Daniel R. Miller, Air Labs Manager

| Revision | Editorial/Technical | Description | Approved by | Release Date |
|---|---|---|---|---|
| | | Initial release | DRM | 4/4/2020 |
| | | | | |
| | | | | |

**SGS IBR Laboratories Inc., 11599 Morrissey Rd., Grass Lake, MI 49240 USA**
**Voice: +1 517 522 8453**

Exhibit 2



**5301202006300545**



# 中华人民共和国海关进口货物清关

（放行码）

预录入编号820000303048488292申报现场：皇岗海关（5301）　　　海关编号：53012020063004545

| 进口口岸（5301）<br>皇岗海关 | | 备案号 | 进口日期<br>**20200728** | 申报日期<br>20200728 |
|---|---|---|---|---|
| 经营单位（4453066866）<br>Minnesota Mining and Manufactur ing | | 运输方式<br>水路运输 | 运输工具名称<br>DHL/021w | 提运单号<br>53012020063004545 |
| 收货单位<br>香港中环集团有限公司 | | 贸易方式（0110）<br>一般贸易 | 征免性质<br>一般征税 | |

| 许可证号<br>0152845850 | 启运地（080）<br>法兰克福 | 目的地（110）<br>中国香港 | 境内目的地（110）<br>中国香港 |
|---|---|---|---|
| 合同证号<br>Q0000000894 | 成交方式（1）<br>**CJF** | 运费<br>152,150.00　保费<br>500,000.00　杂费<br>15,000.00 | |

集装箱号：5213

标记磁码及备注

| 项号 | 商品编号 | 商局各称／规格型号 | 数量及单位 | 原产地（地区） | 单价 | 总价 |
|---|---|---|---|---|---|---|
| 1 | 80369429 | 3M N95 1860 B20018<br>15.2*8.2cm20／盒 | 600,000.00盒<br>1800000kg | 法国 | $2.9 | $1,740,000.00 |

# Exhibit 2



SGS-CSTC Standards Technical Services Co., Ltd. Shenzhen Branch
SGS Bldg, No. 4 , Jianghao Industrial Park, No. 430 ,Jihua Road, Bantian , Longgang District ,Shenzhen ,China, 518129
Tel:86 755 25328888

## INSPECTION REPORT

**Report No.:   ITI-2020-0109-SZ**

| To: | Inspiration drug stores | Date: | 2020/09/03 |
|---|---|---|---|
| Att: | Mr Feng | | |
| From: | Sungel Zhang | E-mail: | Sungel.zhang@sgs.com |

| SGS File No.: | **ITI-2020-INY-0037** | Product family view |
|---|---|---|
| Applicant: | Inspiration drug stores | |
| Declared importer: | Inspiration drug stores | |
| Declared exporter: | Shenzhen Delong Huale Electronic Technology Co.Ltd | |
| Supplier: | N /A | |
| Style Number: | 3M1860 | |
| Product description: | 3M N95 Surgical Mask | |
| P.O. Number: | / | |
| Service performed: | Pre-shipment Inspection | |
| Inspection Date: | 2020/09/03 | |
| Inspection Location: | Dongguan, China | |

**Inspection Criteria**

| Reference sample provided by | Not Available |
|---|---|
| Client instruction/specification | NO |
| SGS WI number | D3-GIS-02-IC-34 |
| Other | NIL |

| **Overall Inspection Conclusion:** | **Subject to client's evaluation** |
|---|---|

**Inspection Summary:**

| 1. Quantity check: | Conform |
|---|---|
| 2. Visual quality check : | Conform |
| 3. Package check: | Subject to client's evaluation |
| 4. Specification check: | Subject to client's evaluation |
| 5. Inner check: | Subject to client's evaluation |

**Problem Remark: One carton package with obvious extrusion and deformation.**

Inspector:    Sungel Zhang                    Factory Representative:              Mr. Feng

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm.   Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

D3-GTS-QA-03-01(0)

*Exhibit 2*



## 1. Quantity Check:                                                  Conform

| Style / Item/ Article | P.O. No. | Order Qty. | Inspection Qty. (Presented Qty. for insp.) | | Number of Cartons | |
|---|---|---|---|---|---|---|
| | | | Packed | Not Packed | Packed | Not packed |
| 3M 1860 | / | 500040 PCS | 4167 CTN | 0 | 4167CTN | 0 |
| Total: | | 500040 PCS | 4167CTN | 0 | 4167CTN | 0 |

| Style / Item/ Article | Inner box/ctn | Pcs/ctn | package (CTN) | Total Qty(pcs) |
|---|---|---|---|---|
| 3M 1860 | 6box | 120pcs | 4167 | 500040 |
| | | **Total** | **4167** | **500040** |

Sample size: 10CTN

## 2. Visual quality check :                                            Conform
Comments:Appearance check, not found dirty and damage.(sample: 30pcs)
Refer to photos taken

## 3. Package check:                                    Subject to client's evaluation

All the inner box are the same (sample size:2CTN),

20pcs/inner box. The inner box has the brand, the manufacturer and the address. And not found any damage,

such as obvious extrusion or deformation for the inner box(sample size:10inner box).
No package with obvious extrusion and deformation.(sample size:5CTN)

## 4. Specification check                              Subject to client's evaluation

| Item No: | 3M N95 Surgical Mask | | | | | |
|---|---|---|---|---|---|---|
| Gross weight per carton(kg) | Sample size 10carton | 4.35 | 4.23 | 4.19 | 4.33 | 4.44 |
| | | 4.22 | 4.30 | 4.11 | 4.40 | 4.25 |

## 5. Inner check                                      Subject to client's evaluation
4 layers material for the mask. (non-woven fabric+melt blown fabric+melt blown fabric+ setting cotton)
Refer to photos taken(sample size:1pc)

*Information of the measurement / testing equipment :*

| No. | Equipment name | Serial number | Measuring range | Calibration (Yes/No/NA) | Calibration Nbr |
|---|---|---|---|---|---|
| 1 | ELECTRONIC SCALE | LM-T01 | 0-150KG | NO | NO |

## 6. Packing:

6.1 Individual packing conformity:            Subject to client's evaluation
Comments:6 inner box packed in a carton

6.2 Inner packing:                            Subject to client's evaluation

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm . Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.



Exhibit 2



Comments: 20pcs packed in a box. 6inner box packed in a carton

6.3 Export packing:                                Subject to client's evaluation
Comments: Please refer to photo

6.4 Samples selected from   <u>10 cartons</u>


**7.   Marking / Label:**

7.1 Bar code:                                      Subject to client's evaluation
Comments:No bar code was found on packing and product.
- Please refer to photo.

7.2 Shipping mark conformity:                      Subject to client's evaluation
Comments: no shipping mark
Please refer to photo

7.3 Marking & label conformity:                    Subject to client's evaluation
Comments: Please refer to photo

7.4 Brand:3M


**8.   Informative Remark:**
Business license copy were provide by the declared supplier, but no product certificate of comformity and
product test report provide by the declared supplier


**9.   Inspection Environment:**
Lighting:                          **Room Light**
Inspection place:                  **Transfer Warehouse**
Inspection done on:                **Transfer Warehouse**
Cleanliness:                       **Clean**
Weather condition:                 **Dry**


**Note:**

_**This content of this report only covers the inspection of product appearance and basic functions.
Performance test and compliance verification are not covered in this report. This report reflects the
reasonable efforts of inspectors in the process, identify the obvious defects within the visible and
accessible range of the product.
The applicant shown on the first page of this report is the only user and beneficiary of this report.**_

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm.   Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Exhibit 2



## 10. Attachment



Product in warehouse



Product in warehouse



Weight check for the carton



Weight check for the carton



Carton positive



Carton side

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm.  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Exhibit 2

D3LGSA2101460V





Marking



Packing inside 20*6inner box



Inner box marking

Inner box marking



Inner box marking



Inner box marking

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm.   Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.   The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Exhibit 2





| | |
|---|---|
| Inner box marking | Packing for the inner box |
| Manual | Quantity in innerbox |
| Product view | Product view |

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm.   Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Exhibit 2





---END---

This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/terms_and_conditions.htm.   Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon is solely limited to visual examination of the safely and readily accessible portions of the consignment and reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

Exhibit 2

**NPPTL**
National Personal Protective
Technology Laboratory

# Evaluation of Decontaminated N95 Respirators

**Date Tested:** 5/8/2020 – 5/11/2020

**Respirator Model:** 3M 1860

**Tests:** Filtration with NaCl (modified version of STP-0059), Manikin Fit Factor with Static Advanced Headform, and Strap Integrity with Tensile Testing

**Decontamination Method:** DiKlor®-G Sterilization: FFRs subjected to the DiKlor®-G Sterilization Process are loaded into an air-tight sterilization chamber with temperature and humidity control and monitoring devices and air sampling devices. Before DiKlor®-G is introduced, the temperature and relative humidity inside the chamber must be held continuously at/ above 70°F and 75% RH for at least one hour to precondition contaminated FFRs. These temperature and humidity conditions must be maintained and continuously monitored throughout the sterilization process to ensure successful sterilization. DiKlor®-G is then introduced in the chamber until a concentration of 100 ppm$_v$ has been achieved. Quantitative analysis of the DiKlor®-G concentration is regularly performed over the course of the sterilization process. This DiKlor®-G concentration is maintained for at least 8 continuous hours, or until 800 CT (ppm$_v$·hrs) has been achieved. After reaching the CT target, residual DiKlor®-G is scrubbed from the sterilization chamber before re-entry or retrieval of the sterile FFRs.

**Decontamination Cycles:** 6 cycles

While decontamination and reuse of FFRs are not consistent with standard and approved usage, these options may need to be considered when FFR shortages exist. This assessment was developed to quantify the filtration efficiency and manikin fit factor[1] of an N95 respirator that has been decontaminated. This assessment is not to determine the effectiveness of the decontamination procedure at killing pathogenic microorganisms. The results provided in this report are specific to the subset of samples that were provided to NPPTL for evaluation. These results may be used to update the CDC guidance for Crisis Capacity Strategies (during known shortages).

20 respirators that were unworn and not subjected to any pathogenic microorganisms were submitted for evaluation. This included 15 respirators that were subjected to 6 cycles of the DiKlor-G® Sterilization process and an additional 5 respirators that served as controls. Figure 1 photos document the procedures used. The samples were tested using a modified version of the NIOSH Standard Test Procedure (STP) TEB-APR-STP-0059 to determine particulate filtration efficiency. The TSI, Inc. model 8130 using sodium chloride aerosol was used for the filtration evaluation. For the laboratory fit evaluation, a static manikin headform was used to quantify changes in manikin fit factor. The TSI, Inc. PortaCount® PRO+ 8038 in "N95 Enabled" mode was used for this evaluation. Additionally, tensile strength testing of the straps was performed to determine changes in strap integrity. The Instron® 5943 Tensile Tester was used for this evaluation. The full assessment plan can be found here.

**Filtration Efficiency Results:** The minimum and maximum filter efficiencies were 99.13% and 99.62%, respectively. All respirators measured more than 95%. See Table 1.

**Manikin Fit Factor Results:** The manikin fit factor showed passing fit factors (greater than 100) for all respirators evaluated. The manikin fit test procedure used in this assessment did not show any detriments in fit associated with the decontamination method used. See Table 2.

---

[1]The American Industrial Hygiene Association defines the Manikin Fit Factor as "An expression related to the amount of leakage measured through the face or neck seal of a respirator mounted to a manikin under specified airflow and environmental conditions. If the challenge to the seal is an airborne substance, it is the ratio of its airborne concentration outside the respirator divided by the concentration that enters the respirator through the seal. If the challenge is airflow or air pressure, conditions and assumptions for quantifying leakage must be specified. Leakage from other sources (e.g., air purifying elements) must be essentially zero. The respirator may be mounted to the manikin without sealants; be partially sealed to the manikin; or be sealed to the manikin with artificially induced leaks."

Exhibit 2

**Strap Integrity Results:** No visual degradation of the straps was observed. Both the top (11.7%) and bottom (12%) straps showed increases in recorded force. While the exact correlation between the force exerted by straps and fit is not well understood, higher force values may be associated with a tighter fit of the respirator to the face. Significant reductions in this force would be associated with a loss of elasticity of the straps, thereby reducing their ability to create a tight fit. See Table 3.

**Other notes:** The nosepiece foam on the 3M 1860 (6 cycles) was discolored (brown color, whereas control was gray.



**Figure 1. Laboratory Test Photos**

Exhibit 2

**Table 1. Filter Efficiency Evaluation**

| Respirator Model, Decon Method, # of cycles | Treated Sample # | Flow Rate (Lpm) | Initial Filter Resistance (mmH$_2$O) | Initial Percent Leakage (%) | Maximum Percent Leakage (%) | Filter Efficiency (%) |
|---|---|---|---|---|---|---|
| **3M 1860, DiKlor-G, 6 cycles**  Min Fil Eff: 99.13%  Max Fil Eff: 99.62% | **1** | 85 | 8.2 | 0.402 | 0.604 | 99.40 |
| | **2** | 85 | 9.8 | 0.796 | 0.621 | 99.38 |
| | **3** | 85 | 9.0 | 0.397 | 0.575 | 99.43 |
| | **4** | 85 | 8.3 | 0.575 | 0.874 | 99.13 |
| | **5** | 85 | 9.3 | 0.259 | 0.386 | 99.61 |
| | **6** | 85 | 9.4 | 0.343 | 0.532 | 99.47 |
| | **7** | 85 | 8.8 | 0.494 | 0.619 | 99.38 |
| | **8** | 85 | 8.8 | 0.260 | 0.381 | 99.62 |
| | **9** | 85 | 8.9 | 0.359 | 0.551 | 99.45 |
| | **10** | 85 | 8.6 | 0.402 | 0.605 | 99.40 |
| | **Control 1** | 85 | 8.5 | 0.333 | 0.468 | 99.53 |
| | **Control 2** | 85 | 8.9 | 0.444 | 0.568 | 99.43 |
| | **Control 3** | 85 | 8.6 | 0.292 | 0.409 | 99.59 |

Notes:
- The test method utilized in this assessment is not the NIOSH standard test procedure that is used for certification of respirators. Respirators assessed to this modified test plan do not necessarily meet the requirements of STP-0059, and therefore cannot be considered equivalent to N95 respirators that were tested to STP-0059.

Exhibit 2

**Table 2. Manikin Fit Evaluation**

| Manikin Fit Factor of Decontaminated N95s | | | | | |
|---|---|---|---|---|---|
| Respirator Model, Decon Method, # of cycles | Treated Sample # | mFF Normal Breathing 1 | mFF Deep Breathing | mFF Normal Breathing 2 | Overall Manikin Fit Factor |
| 3M 1860, DiKlor-G, 6 cycles<br><br>Static Advanced Medium Headform (Hanson Robotics) | 11 | 200+ | 200+ | 200+ | 200+ |
| | 12 | 200+ | 200+ | 200+ | 200+ |
| | 13 | 200+ | 200+ | 200+ | 200+ |
| | 14 | 200+ | 200+ | 200+ | 200+ |
| | 15 | 200+ | 200+ | 200+ | 200+ |
| | Control 4 | 200+ | 188 | 200+ | 196 |
| | Control 5 | 200+ | 200+ | 200+ | 200+ |

Notes:
- Per OSHA 1910.134(f)(7), if the fit factor as determined through an OSHA-accepted quantitative fit testing protocol is equal to or greater than 100 for tight-fitting half facepieces, then the fit test has been passed for that respirator.
- This assessment does not include fit testing of people and only uses two exercises (normal and deep breathing) on a manikin headform.
- This assessment is a laboratory evaluation using a manikin headform and varies greatly from the OSHA individual fit test. This headform testing only includes normal breathing and deep breathing on a stationary (non-moving) headform; therefore, fit results from this assessment cannot be directly translated to using the standard OSHA-accepted test. Instead, this testing provides an indication of the change in fit performance (if any) associated with the decontamination of respirators.

**Table 3. Strap Integrity Evaluation**

| Tensile Force in Respirator Straps of Decontaminated N95s (recorded force values are at 150% strain) | | | |
|---|---|---|---|
| Respirator Model, Decon Method, # of cycles | Straps from Treated Sample # | Force in Top Strap (N) | Force in Bottom Strap (N) |
| 3M 1860, DiKlor-G, 6 cycles | 1 | 3.207 | 3.124 |
| | 2 | 3.165 | 2.893 |
| | 3 | 3.178 | 2.931 |
| | Decontaminated Strap Average | 3.183 | 2.983 |
| | Control 1 | 2.904 | 2.614 |
| | Control 2 | 2.796 | 2.712 |
| | Control Strap Average | 2.85 | 2.663 |
| | % Change ((Deconned - Controls) / Controls) | 11.7% | 12% |



# Exhibit 2

SGS-P-7.4-01-F02-CRS-SL-EPM

**Report No.:** SZXWT01126306

# INSPECTION REPORT

（Special for Epidemic prevention materials）

**IMPORTANT INFORMATION REGARDING THE SCOPE AND LIMITATIONS OF THE INSPECTION AND REPORT**

The scope of this report is limited to a **VISUAL INSPECTION ONLY** for the workmanship and basic function check of the product. Performance index and compliance of the product are NOT included in the scope of this report. This report is a reasonable attempt to identify any obvious or significant defects apparent in those areas of the product fully accessible and visible to the Inspector at the time of the inspection. This Report is made solely for the use and benefit of the Client named on the front of this report.

| To : | AGRARIN LLC | Date: | 18-Oct -2020 |
|---|---|---|---|
| Attn : | Mr Ravishin Vladislav | | |
| From : | Lilian Yu | E-mail : | Lilian.yu@sgs.com |

| | | |
|---|---|---|
| SGS File No.: | CNSZX21117753 | Product family view |
| Buyer : | YINNAN LUAN | |
| Supplier : | SHENZHEN JIEBANG MEDICAL TECHNOLOGY CO., LTD | |
| Manufacturer : | N/A | |
| Style Number: | 3M 1860 Mask | |
| Product description: | 3M 1860 Face Mask | |
| P.O. Number: | QNE/2007/004 | |
| L/C Number: | N/A | |
| Service performed : | Quantity Check | |
| Inspection Date : | 17-Oct -2020 | |
| Inspection Location : | Dongguan, China | |



**Inspection Criteria**

| Reference sample provided by | Not Available |
|---|---|
| Client instruction/specification | No |
| SGS WI number | P-INSP-WI-SL-016 |
| Other | N/A |

| **Overall Inspection Conclusion:** | **Conform** |
|---|---|

**Inspection Summary:**

| 1. Workmanship appearance : | Not Applicable |
|---|---|
| 2. Quantity : | Conform |
| 3. Style, Material, Colour : | Not Applicable |
| 4. Data measurement / Function/Field tests: | Not Applicable |
| 5. Packing : | Conform |
| 6. Marking / Label : | Not Applicable |
| | |

**Problem Remark:**

-Service is only for counting. Inspector checked the number of cartons, randomly picked 20 cartons from 420

Inspector: Fengqi chen    Factory Representative: Mr. Deng

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."

# Exhibit 2



SGS-P-7.4-01-F02-CRS-SL-EPM

**Report No.:**   SZXWT01126306

---

cartons and checked the number of inner boxes, randomly selected 20 boxes from 20 cartons (select 1 box per carton) and checked the qty of products.

---

## 1.  Workmanship Appearance / Functional Inspection Findings:          Not Applicable

**Inspection Method Applied:**

ANSI / ASQ Z1.4-2003(R2018), Single sampling plans for normal inspection,                                                                                          Level :
Acceptance Quality Limit (AQL) for:          Critical:            Major:            Minor:
Sample size:
(     pcs/sets selected from packed cartons,   pieces/sets selected from finished but unpacked products)
Samples selected from carton numbers:

| Defect description | Critical | Major | Minor |
|---|---|---|---|
|  |  |  |  |
| Total defectives: |  |  |  |
| Maximum allowed: |  |  |  |

Defect photos :
Nil

## 2.  Quantity:

| No | Style / Item/ Article | P.O. No. | Order Qty. | Inspection Qty. (Presented Qty. for insp.) | | Number of Cartons | |
|---|---|---|---|---|---|---|---|
|  |  |  |  | Packed | Not Packed | Packed | Not packed |
| 1 | 3M 1860 Mask | QNE/2007/004 | 1000080 | 1000080 | 0 | 8334 | 0 |
|  |  | Total: | 1000080 | 1000080 | 0 | 8334 | 0 |

## 3.  Style, Material & Color Conformity

3.1 Style conformity:                                                        Not Applicable

3.2 Material conformity (hand feeling):                                       Not Applicable

3.3 Color conformity:                                                        Not Applicable

**Remarks:**  2 color shade batches could be acceptable for mass production when the difference was grade 4 or above per the gray scale.  However, our comment is for indication only and based on the samples selected, and laboratory analysis with standard laboratory facility is recommended at cost.

Inspector:    Fengqi chen                            Factory Representative:   Mr. Deng

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."
[Rev01: Apr.2nd , 2020]

# Exhibit 2



SGS-P-7.4-01-F02-CRS-SL-EPM

**Report No.:** SZXWT01126306

## 4. Product-Specific Data Measurement / Field Test :

4.1 Size measurement check on ____sub samples:                    Not Applicable
   Details please see attached size measurement chart.

4.2 Function or assembly test:                                   Not Applicable
   If factory equipment used, calibration record: Yes / No,     period:_____

| Check points | Qty | Test Result | Specification/Tolerance |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

## 5. Packing

5.1 Individual packing conformity :                              Conform
   - Each piece in flat packed.

5.2 Inner packing conformity :                                   Conform
   - 20pieces solid colour, solid size per big polybag per inner box.
   - 0 small pack of silica gel inserted into individual / big polybag / inner box
   - 6 inner boxes (i.e. 120pieces) per export carton

5.3 Export packing conformity :                                  Not Applicable
   - ply corrugated cardboard carton
   - Sealed by gummed tapes
   - Secured by _____nylon bands

5.4 Packing assortment checked on _20__ cartons                  Conform

| Carton No. | Size/ style | Color | Deviation ( +/ - samples) |
|---|---|---|---|
| Nil |  |  |  |
|  |  |  |  |

## 6. Marking / Label:

6.1 Bar code:                                                    Not Applicable

6.2 Export Carton Marking:

A. Shipping mark conformity:                                     Not Applicable

Inspector:   Fengqi chen                    Factory Representative:   Mr. Deng

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."
[Rev01: Apr.2nd , 2020]



# Exhibit 2

SGS-P-7.4-01-F02-CRS-SL-EPM

**Report No.:**   SZXWT01126306

B. Side mark conformity:                                                    Not Applicable

## 7.   Informative Remark:

### 7.1 Carton information:

Carton weight:                    kgs/ carton

Carton size:  L x W x H = 48x28x22cm

Carton with Metal Staple:  No

Carton with Nylon Band:  No

### 7.2. Grey Scale
Color shading batch checking by grey scale on the samples randomly selected could be applied when applicable at inspection site and subject to client's requirement, the result is just preliminary and indicative only, and subject to the environment, condition and the available facility at site, for more reliable and accurate result, they should be performed by qualified technician in lab under standard environment and equipment.   ( Please refer to the Working Instruction for Grey Scale Use and On-site Testing Method P-INSP-WI-SL-001-01).

### 7.3. **Notice:**
SGS inspector already informed the factory to repair the defective samples that we found during inspection, and reminded the factory to pay attention to assortment during repacking after repairing . Please note repairing of defective samples and repacking is done by the factory without SGS inspector's supervision.
Supervision on repairing of defective samples and repacking can be performed by SGS inspector at another working day upon request by client.

### 7.4. Others.
-Nil

### 8.   Inspection Environment:
| | |
|---|---|
| Lighting : | Room lighting Insufficient |
| Inspection place : | Factory workshop |
| Inspection done on: | Table |
| Cleanliness : | Clean |
| Weather condition: | Rainy |
| Cargo storage: | Orderly, easy to count |

Inspector:    Fengqi chen                            Factory Representative:   Mr. Deng

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."
[Rev01: Apr.2nd , 2020]



Exhibit 2

SGS-P-7.4-01-F02-CRS-SL-EPM

**Report No.:** SZXWT01126306

## 9. Attachment



Storage



Storage



Storage



Carton view



Top mark



Shipping mark

Inspector: ___Fengqi chen___   Factory Representative: ___Mr. Deng___

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."
[Rev01: Apr.2nd , 2020]



# Exhibit 2

SGS-P-7.4-01-F02-CRS-SL-EPM

**Report No.:**   SGZXWT01126306





| Side mark | Side mark |
|---|---|





| Carton packing | Inner box view |
|---|---|





| Inner box view marking | Inner box view marking |
|---|---|

Inspector:   Fengqi chen

Factory Representative:   Mr. Deng

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."
[Rev01: Apr.2nd , 2020]



# Exhibit 2

SGS-P-7.4-01-F02-CRS-SL-EPM

**Report No.:** SZXWT01126306



Inner box view marking



Inner box view marking



Inner box view marking



Product packing



Product packing



Instruction sheet

Inspector: ___Fengqi chen___      Factory Representative: ___Mr. Deng___

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."
[Rev01: Apr.2nd , 2020]

# Exhibit 2



SGS-P-7.4-01-F02-CRS-SL-EPM

**Report No.:**   SZXWT01126306



Instruction sheet



Product view



Product view



Qty check for each inner box

Inspector:   Fengqi chen                    Factory Representative:   Mr. Deng

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.

Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."

# Exhibit 2

| 3M™ Health Care Particulate Respirator and Surgical Mask 1860 | 01/01/20 |
|---|---|



# Article Information Sheet

Copyright,2018,3M Company.
All rights reserved. Copying and/or downloading of this information for the purpose of properly utilizing 3M products is allowed provided that: (1) the information is copied in full with no changes unless prior written agreement is obtained from 3M, and (2) neither the copy nor the original is resold or otherwise distributed with the intention of earning a profit thereon.

This Article Information Sheet is provided as a courtesy in response to a customer request. A Safety Data Sheet (SDS) has not been prepared for these product(s) because they are articles. Articles are not subject to the Occupational Safety and Health Administration's Hazard Communication Standard (29 CFR 1910.1200(b)(6)(v)). As defined in this standard: "Article" means a manufactured item other than a fluid or particle: (i) which is formed to a specific shape or design during manufacture; (ii) which has end use function(s) dependent in whole or in part upon its shape or design during end use; and (iii) which under normal conditions of use does not release more than very small quantities, e.g., minute or trace amounts of a hazardous chemical, and does not pose a physical hazard or health risk to employees.

| **Document Group:** | 07-3087-9 | **Version Number:** | 1.02 |
|---|---|---|---|
| **Issue Date:** | 01/01/20 | **Supercedes Date:** | 03/20/15 |

## SECTION 1: Identification

### 1.1. Product identifier
3M™ Health Care Particulate Respirator and Surgical Mask 1860

**Product Identification Numbers**
70-0706-1236-4, 70-0715-6453-1, GT-5000-6279-6, XA-0100-0053-8, XA-0100-0121-3

### 1.2. Recommended use and restrictions on use

**Recommended use**
Respiratory Protection

### 1.3. Supplier's details
| | |
|---|---|
| **MANUFACTURER:** | 3M |
| **DIVISION:** | Personal Safety Division |
| **ADDRESS:** | 3M Center, St. Paul, MN 55144-1000, USA |
| **Telephone:** | 1-888-3M HELPS (1-888-364-3577) |

### 1.4. Emergency telephone number
1-800-364-3577 or (651) 737-6501 (24 hours)

## SECTION 2: Hazard identification

This product is exempt from hazard classification according to OSHA Hazard Communication Standard, 29 CFR 1910.1200.

## SECTION 3: Composition/information on ingredients

| Ingredient | C.A.S. No. | % by Wt |
|---|---|---|

Exhibit 2

| 3M™ Health Care Particulate Respirator and Surgical Mask 1860 | 01/01/20 |
|---|---|

| Polyester | 25038-59-9 | 30 - 40 Trade Secret * |
|---|---|---|
| POLYPROPYLENE | 9003-07-0 | 30 - 33 Trade Secret * |
| Polyisoprene rubber | Unknown | 18 - 20 Trade Secret * |
| Aluminum strip | Unknown | 9 - 11 Trade Secret * |
| Steel | Unknown | 2 - 5 Trade Secret * |
| Polyester/polyurethane foam | Unknown | 1 - 2 Trade Secret * |
| Ethylene/Acrylic Acid Copolymer | Unknown | < 1 Trade Secret * |
| Isooctyl Acrylate/Acrylic Acid Copolymer | Unknown | < 1 Trade Secret * |

*The specific chemical identity and/or exact percentage (concentration) of this composition has been withheld as a trade secret.

## SECTION 4: First aid measures

**4.1. Description of first aid measures**

**Inhalation:**
No need for first aid is anticipated.

**Skin Contact:**
No need for first aid is anticipated.

**Eye Contact:**
No need for first aid is anticipated.

**If Swallowed:**
No need for first aid is anticipated.

## SECTION 5: Fire-fighting measures

In case of fire: Use a fire fighting agent suitable for ordinary combustible material such as water or foam.

## SECTION 6: Accidental release measures

**6.1. Personal precautions, protective equipment and emergency procedures**
Not applicable.

**6.2. Environmental precautions**
Not applicable.

**6.3. Methods and material for containment and cleaning up**
Not applicable.

## SECTION 7: Handling and storage

**7.1. Precautions for safe handling**
This product is considered to be an article which does not release or otherwise result in exposure to a hazardous chemical under normal use conditions.

**7.2. Conditions for safe storage including any incompatibilities**
No special storage requirements.

# Exhibit 2

3M™ Health Care Particulate Respirator and Surgical Mask 1860          01/01/20

## SECTION 8: Exposure controls/personal protection

This product is considered to be an article which does not release or otherwise result in exposure to a hazardous chemical under normal use conditions. No engineering controls or personal protective equipment (PPE) are necessary.

## SECTION 9: Physical and chemical properties

**9.1. Information on basic physical and chemical properties**

| | |
|---|---|
| **General Physical Form:** | Solid |
| **Specific Physical Form:** | Non-Woven Material |
| **Odor, Color, Grade:** | Turquoise outer shell, white inner shell, no odor |
| **Odor threshold** | *Not Applicable* |
| **pH** | *Not Applicable* |
| **Melting point** | *No Data Available* |
| **Boiling Point** | *Not Applicable* |
| **Flash Point** | *Not Applicable* |
| **Evaporation rate** | *Not Applicable* |
| **Flammability (solid, gas)** | Not Classified |
| **Flammable Limits(LEL)** | *Not Applicable* |
| **Flammable Limits(UEL)** | *Not Applicable* |
| **Vapor Pressure** | *Not Applicable* |
| **Vapor Density** | *Not Applicable* |
| **Specific Gravity** | *Not Applicable* |
| **Solubility In Water** | *Not Applicable* |
| **Solubility- non-water** | *Not Applicable* |
| **Partition coefficient: n-octanol/ water** | *No Data Available* |
| **Autoignition temperature** | *Not Applicable* |
| **Decomposition temperature** | *Not Applicable* |
| **Viscosity** | *Not Applicable* |
| **Volatile Organic Compounds** | *Not Applicable* |
| **Percent volatile** | *Not Applicable* |
| **VOC Less H2O & Exempt Solvents** | *Not Applicable* |

## SECTION 10: Stability and reactivity

This material is considered to be non reactive under normal use conditions.

## SECTION 11: Toxicological information

**Inhalation:**
No health effects are expected

**Skin Contact:**
No health effects are expected

**Eye Contact:**
No health effects are expected

**Ingestion:**
No health effects are expected

**Additional Information:**
This product, when used under reasonable conditions and in accordance with the directions for use, should not present a

# Exhibit 2

| 3M™ Health Care Particulate Respirator and Surgical Mask 1860 | 01/01/20 |
|---|---|

health hazard. However, use or processing of the product in a manner not in accordance with the product's directions for use may affect the performance of the product and may present potential health and safety hazards.

## SECTION 12: Ecological information

This article is expected to present a low environmental risk either because use and disposal are unlikely to result in a significant release of components to the environment or because those components that may be released are expected to have insignificant environmental impact.

## SECTION 13: Disposal considerations

Dispose of contents/container in accordance with the local/regional/national/international regulations.

## SECTION 14: Transport Information

For Transport Information, please visit http://3M.com/Transportinfo or call 1-800-364-3577 or 651-737-6501.

## SECTION 15: Regulatory information

**Chemical Inventories**
**This product is an article as defined by TSCA regulations, and is exempt from TSCA Inventory requirements.**

## SECTION 16: Other information

**NFPA Hazard Classification**
**Health:** 0   **Flammability:** 1   **Instability:** 0   **Special Hazards:**   None

National Fire Protection Association (NFPA) hazard ratings are designed for use by emergency response personnel to address the hazards that are presented by short-term, acute exposure to a material under conditions of fire, spill, or similar emergencies. Hazard ratings are primarily based on the inherent physical and toxic properties of the material but also include the toxic properties of combustion or decomposition products that are known to be generated in significant quantities.

| **Document Group:** | 07-3087-9 | **Version Number:** | 1.02 |
|---|---|---|---|
| **Issue Date:** | 06/06/18 | **Supercedes Date:** | 03/20/15 |

DISCLAIMER: The information in this Article Information Sheet (AIS) is believed to be correct as of the date issued.3MMAKES NO WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR COURSE OF PERFORMANCE OR USAGE OF TRADE.User is responsible for determining whether the3Mproduct is fit for a particular purpose and suitable for user's method of use or application.Given the variety of factors that can affect the use and application of a3Mproduct, some of which are uniquely within the user's knowledge and control,it is essential that the user evaluate the3Mproduct to determine whether it is fit for a particular purpose and suitable for user's method of use or application.

3Mprovides information in electronic form as a service to its customers.   Due to the remote possibility that electronic transfer may have resulted in errors, omissions or alterations in this information,3Mmakes no representations as to its completeness or accuracy.   In addition, information obtained from a database may not be as current as the information in the AIS available directly from3M.

**3M USA AISs are available at www.3M.com**

# Exhibit 2

## NIOSH Approved: N95
**At least 95% filtration efficiency against solid and liquid aerosols that do not contain oil.**



3 M
ST. PAUL, MN, USA
1-800-243-4630



THIS RESPIRATOR IS APPROVED ONLY IN THE FOLLOWING CONFIGURATION:

| TC- | Protection ¹ | Respirator | | Cautions and Limitations ² |
|---|---|---|---|---|
| | | 1860 | 1860S | |
| 84A-0006 | N95 | X | X | ABCJMNOP |

1.  **PROTECTION**
    **N95 - Particulate Filter** (95% filter efficiency level) effective against particulate aerosols free of oil; time use restrictions may apply

2.  **CAUTIONS AND LIMITATIONS**
    A - Not for use in atmospheres containing less than 19.5 percent oxygen.
    B - Not for use in atmospheres immediately dangerous to life or health.
    C - Do not exceed maximum use concentrations established by regulatory standards.
    J - Failure to properly use and maintain this product could result in injury or death.
    M - All approved respirators shall be selected, fitted, used, and maintained in accordance with MSHA, OSHA, and other applicable regulations.
    N - Never substitute, modify, add, or omit parts. Use only exact replacement parts in the configuration as specified by the manufacturer.
    O - Refer to user's instructions, and/or maintenance manuals for information on use and maintenance of these respirators.
    P - NIOSH does not evaluate respirators for use as surgical masks.

This respirator contains no components made from natural rubber latex.

**FOR MORE INFORMATION** and assistance on 3M occupational health and environmental safety products, contact your local 3M representative or call 3M OH&ESD Technical Service toll free in U.S.A., 1-800-243-4630.  In Canada, call Technical Service at 1-800-267-4414.

**Exported by/Exporté par/Exportado por:**
**3M Occupational Health and Environmental**
**Safety Division**
3M Center, Building 235-2W-70
P.O. Box 33010
St. Paul, MN 55133-3010

Made in U.S.A.
©3M 2002

38-9017-7547-8

**Exhibit 2**

**FDA** **U.S. FOOD & DRUG**
**ADMINISTRATION**

[FDA Home](3) [Medical Devices](4) [Databases](5)

**510(k) Premarket Notification**

CDRH SuperSearch

[510(k)](6,7) | [DeNovo](8) | [Registration & Listing](9) | [Adverse Events](10) | [Recalls](11) | [PMA](12) | [HDE](13) | [Classification](14) | [Standards](15)

[CFR Title 21](16) | [Radiation-Emitting Products](17) | [X-Ray Assembler](18) | [Medsun Reports](19) | [CLIA](20) | [TPLC](21)

[New Search](1)                                                                                   [Back To Search Results](2)

| | |
|---|---|
| **Device Classification Name** | [Mask, Surgical](22) |
| **510(K) Number** | K955382 |
| **Device Name** | 3M MODEL 1860 HEALTH CARE PARTICULATE RESPIRATOR TYPE N95 |
| **Applicant** | 3M COMPANY<br>BUILDINGS 251-3 AND 270<br>St. Paul,  MN  55144 -1000 |
| **Applicant Contact** | Dorothea Von Busch |
| **Correspondent** | 3M COMPANY<br>BUILDINGS 251-3 AND 270<br>St. Paul,  MN  55144 -1000 |
| **Correspondent Contact** | Dorothea Von Busch |
| **Regulation Number** | [878.4040](23) |
| **Classification Product Code** | [FXX](24) |
| **Date Received** | 11/24/1995 |
| **Decision Date** | 05/01/1996 |
| **Decision** | Substantially Equivalent (SESE) |
| **Regulation Medical Specialty** | General & Plastic Surgery |
| **510k Review Panel** | General Hospital |
| **Summary** | [Summary](25) |
| **Type** | Traditional |
| **Reviewed By Third Party** | No |
| **Combination Product** | No |

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain
2. http://www.addthis.com/bookmark.php
3. https://www.fda.gov/
4. https://www.fda.gov/Medical-Devices
5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases
6. /scripts/cdrh/devicesatfda/index.cfm
7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm
8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm
9. /scripts/cdrh/cfdocs/cfRL/rl.cfm
10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm
11. /scripts/cdrh/cfdocs/cfRES/res.cfm
12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm
13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

Exhibit 2

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm

15. /scripts/cdrh/cfdocs/cfStandards/search.cfm

16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm

17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm

18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm

19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm

20. /scripts/cdrh/cfdocs/cfClia/Search.cfm

21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm

22. /scripts/cdrh/cfdocs/cfpcd/classification.cfm?start_search=1&productcode=FXX

23. /scripts/cdrh/cfdocs/cfcfr/cfrsearch.cfm?fr=878.4040

24. /scripts/cdrh/cfdocs/cfpcd/classification.cfm?start_search=1&productcode=FXX

25. http://www.accessdata.fda.gov/cdrh_docs/pdf/K955382.pdf

Page Last Updated: 07/06/2020

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisyen | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسی | English

Accessibility Contact FDA Careers FDA Basics FOIA No FEAR Act Nondiscrimination Website Policies



U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA



For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive

U.S. Department of **Health & Human Services**

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain

2. http://www.addthis.com/bookmark.php

3. https://www.fda.gov/

4. https://www.fda.gov/Medical-Devices

5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases

6. /scripts/cdrh/devicesatfda/index.cfm

7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm

9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm

11. /scripts/cdrh/cfdocs/cfRES/res.cfm

12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm

13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm

Exhibit 2

14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm
15. /scripts/cdrh/cfdocs/cfStandards/search.cfm
16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm
17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm
18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm
19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm
20. /scripts/cdrh/cfdocs/cfClia/Search.cfm
21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm
22. /scripts/cdrh/cfdocs/cfpcd/classification.cfm?start_search=1&productcode=FXX
23. /scripts/cdrh/cfdocs/cfcfr/cfrsearch.cfm?fr=878.4040
24. /scripts/cdrh/cfdocs/cfpcd/classification.cfm?start_search=1&productcode=FXX
25. http://www.accessdata.fda.gov/cdrh_docs/pdf/K955382.pdf

**3M South Africa Incoporated**

Exhibit 2



ACKNOWLEDGMENT AGREEMENT

**1 January 2020**

Authorised Distributor

3M Personal Safety Division

June 11, 2020

To Whom It May Concern: ZHONGXiNHAO TECHNOLOGY(HK) Co,.

The undersigned acknowledges that the products set forth in the attached invoices for 60 million wkly and 10 million wkly have been requested by ZHONGXiNHAO TECHNOLOGY(HK) Co, and that Spirit Global Investments is an authorized agent to procure product for the company.

Sincerely,

President & Chief Operating Officer

**Sherwin Mercado Cruz**
Division Manager
Personal Safety Division

**Jessa Garcia Mendoza**
General Manager
Personal Safety Division